UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12 Civ. 60430 (JIC/BSS)

SPACE COAST CREDIT UNION, as
Successor-in-Interest to EASTERN
FINANCIAL FLORIDA CREDIT UNION,

        Plaintiff,

v.

MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED, MERRILL
LYNCH CREDIT CORPORATION (d/b/a
MERRILL LYNCH HOME LOANS), WELLS
FARGO SECURITIES LLC (f/k/a
WACHOVIA CAPITAL MARKETS LLC),
J.P. MORGAN SECURITIES INC. (f/k/a
BEAR STEARNS & CO., INC.), UBS
SECURITIES LLC, BARCLAYS CAPITAL
INC., RICHARD S. FULD, JR., MOODY'S
INVESTORS SERVICE, INC. and THE
MCGRAW HILL COMPANIES, INC.
(formerly d/b/a STANDARD & POOR'S
RATINGS SERVICES),

        Defendants.

## NOTICE OF SELECTION OF A MEDIATOR

Notice is hereby given that, pursuant to the Court's March 29, 2012, Order Requiring Mediation and Local Rule 16.2, the parties have selected Judge Layn R. Phillips (Ret.) currently of Irell & Manella LLP to serve as the mediator in the above-referenced action. In light of the contemplated motions to dismiss to be filed on or before April 27, 2012, which if granted would remove any need for mediation, and the fact that mediation need not be completed until

1

August 2013 pursuant to the Scheduling Order entered by the Court, the parties will later confer regarding scheduling a mediation session within the timeframe established by the Court.

Dated: April 12, 2012                                                         Respectfully submitted,

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP<br>PAUL J. GELLER (Florida Bar No. 984795)<br>JACK REISE (Florida Bar No. 058149)<br>JESSE S. JOHNSON (Florida Bar No. 69154)<br>By: /s/ Jack Reise<br>Jack Reise (Florida Bar No. 058149)<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: (561) 750-3000<br>Facsimile: (561) 750-3364<br><br>ROBBINS GELLER RUDMAN & DOWD LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>ROBERT M. ROTHMAN<br>ERIN W. BOARDMAN<br>58 South Service Road, Suite 200<br>Melville, NY 11077<br>Telephone: (631) 367-7100<br>Facsimile: (631) 367-1173<br><br>ROBBINS GELLER RUDMAN & DOWD LLP<br>JASON C. DAVIS<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 288-4545<br>Facsimile (415) 288-4534<br>*Attorneys for Plaintiff* | HUNTON & WILLIAMS LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>Telephone: (305) 810-2500<br>Facsimile: (305) 810-2460<br><br>By: /s/ Samuel A. Danon<br>Samuel A. Danon<br>Florida Bar No. 0892671<br>E-Mail: sdanon@hunton.com<br>Corey Lee<br>Florida Bar No. 44448<br>E-Mail: leec@hunton.com<br><br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Ave., 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 683-5153<br>Marc T.G. Dworsky (*pro hac vice* motion to be filed)<br>E-Mail: marc.dworsky@mto.com<br>George M. Garvey (*pro hac vice* motion to be filed)<br>E-Mail: george.garvey@mto.com<br>Aaron S. Lowenstein  (*pro hac vice* motion to be filed)<br>E-Mail: aaron.lowenstein@mto.com<br><br>*Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated and Bank of America, N.A. (sued herein as Merrill Lynch Credit Corporation)* |

CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133

By: /s/ Samuel J. Salario, Jr.
Samuel J. Salario, Jr.
Florida Bar No. 83460
E-Mail: ssalario@carltonfields.com
Kevin P. McCoy
Florida Bar No. 0036225
E-Mail: kmccoy@carltonfields.com

*Attorneys for Defendants Wells Fargo Securities, LLC*

GREENBERG TRAURIG, P.A.
333 Avenue of the Americas
(333 SE 2nd Avenue) Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: /s/ David A. Coulson
David A. Coulson
Florida Bar No. 176222
E-Mail: CoulsonD@gtlaw.com
Joshua B. Feinberg
Florida Bar No. 55797
E-Mail: FeinbergJ@gtlaw.com

GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477
Glenn E. Goldstein
Florida Bar No. 435260
E-Mail: GoldsteinG@gtlaw.com

GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Richard A. Edlin (*pro hac vice* motion to be filed)
E-Mail: EdlinR@gtlaw.com

*Attorneys for Defendant J.P. Morgan Securities LLC (sued herein as J.P. Morgan Securities Inc.)*

3

LEVINE KELLOGG LEHMAN
SCHNEIDER & GROSSMAN LLP
201 South Biscayne Boulevard
34th Floor, Miami Center
Miami, FL 33131
Telephone: (305) 403-8791
Facsimile: (305) 403-8789

By: /s/ Lawrence A. Kellogg
Lawrence A. Kellogg
Florida Bar No. 328601
E-Mail: LAK@LKLlaw.com

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Robert J. Giuffra, Jr. (*pro hac vice* motion to be filed)
E-Mail: giuffrar@sullcrom.com
Matthew A. Schwartz (*pro hac vice* motion to be filed)
E-Mail: schwartzmatthew@sullcrom.com
Justin J. DeCamp (*pro hac vice* motion to be filed)
E-Mail: decampj@sullcrom.com

*Attorneys for Defendant UBS Securities LLC*

BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

By: /s/ Sigrid S. McCawley
David Nelson
Florida Bar No. 84531
E-Mail: dnelson@bsfllp.com
Sigrid S. McCawley
Florida Bar No. 129305
E-Mail: smccawley@bsfllp.com

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Meredith E. Kotler (*pro hac vice*)
E-Mail: mkotler@cgsh.com
Arminda B. Bepko (*pro hac vice*)
E-Mail: abepko@cgsh.com

*Attorneys for Defendant Barclays Capital Inc.*

4

SHUTTS & BOWEN LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 358-6300
Facsimile: (305) 347-7873

By:  /s/ Jonathan Cohen
Jonathan Cohen
Florida Bar No. 384305
E-Mail: jcohen@shutts.com

SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606
James J. Coster (*pro hac vice* motion to be filed)
E-Mail: jcoster@ssbb.com
Joshua M. Rubins (*pro hac vice* motion to be filed)
E-Mail: jrubins@ssbb.com
Nathan J. Berkebile (*pro hac vice* motion to be filed)
E-Mail: nberkebile@ssbb.com

*Attorneys for Defendant Moody's Investors Service, Inc.*

HOGAN LOVELLS US LLP
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550

By:  /s/ John O'Sullivan
John O'Sullivan
Florida Bar No. 143154
E-Mail: john.osullivan@hoganlovells.com

CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3955
Facsimile: (212) 378-2429
David Owen (*pro hac vice* motion to be filed)
E-Mail: dowen@cahill.com

*Attorneys for Defendant The McGraw Hill Companies, Inc.*