UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:12-cv-60430-COHN/SELTZER

SPACE COAST CREDIT UNION, as
Successor-in-Interest to EASTERN
FINANCIAL FLORIDA CREDIT UNION,

    Plaintiff,

vs.

MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED; MERRILL
LYNCH CREDIT CORPORATION (d/b/a
MERRILL LYNCH HOME LOANS);
WELLS FARGO SECURITIES LLC (f/k/a
WACHOVIA CAPITAL MARKETS LLC);
J.P. MORGAN SECURITIES INC. (f/k/a
BEAR STEARNS & CO., INC.); UBS
SECURITIES LLC; BARCLAYS CAPITAL
INC.; RICHARD S. FULD, JR.; MOODY's
INVESTORS SERVICE, INC.; and THE
MCGRAW HILL COMPANIES, INC.
(formerly d/b/a STANDARD & POOR'S
RATING SERVICES),

    Defendants.
_____/

## CORRECTED MOTION TO DISMISS CLAIMS AGAINST MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED AND INCORPORATED MEMORANDUM OF LAW

Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch"), by and through undersigned counsel, and pursuant to *Fed. R. Civ. P.* 12(b)(6), 8(a) and 9(b), joins in Defendants' Joint Motion ("Joint Motion") for entry of an order dismissing the Complaint filed

1

by Plaintiff, as successor-in-interest to Eastern Financial Florida Credit Union ("Eastern Financial"), for failure to state a claim upon which relief can be granted .[1]

Merrill Lynch submits this short memorandum to underscore that the Complaint alleges only two transactions for which it asserts claims against Merrill Lynch: Eastern Financial's purchases of CDOs from Merrill Lynch on December 13, 2005 and July 27, 2006. (Compl., Ex. A.) The significance of this is twofold.

*First*, because Plaintiff waited until February 2012 to file the Complaint, its claim under the Florida Securities and Investor Protection Act ("FSIPA") is entirely time-barred as to Merrill Lynch, pursuant to the absolute five-year statute of repose for FSIPA actions. *See* Joint Motion at 25. That defect cannot be remedied; the FSIPA claim against Merrill Lynch should be dismissed with prejudice.[2]

*Second*, the timing of Merrill Lynch's CDO sales reduces to absurdity the Complaint's use of the catch-all terms "defendants" and "Investment Bank Defendants" as a substitute for the particularized pleading of the who, what, when, where and how of the misconduct alleged against each defendant. It is literally impossible for Eastern Financial to have purchased the CDOs from Merrill Lynch in reliance on the subsequent alleged misstatements and omissions of

---

[1] Due to a clerical error, the motion was filed under the signatures of multiple defendants, when it was intended to have been filed solely on behalf of Merrill Lynch. Therefore, Merrill Lynch files this corrected motion.

[2] As explained in the Joint Motion, Plaintiff's claims for unjust enrichment and "constructive trust" should be dismissed with prejudice as to all defendants, including Merrill Lynch. *See* Joint Motion 23-25. Those claims are subject to a four-year limitations period that expired long before Plaintiff commenced this action. *Id.* at 23. At the appropriate juncture, Merrill Lynch intends to present evidence demonstrating that the remainder of Plaintiff's claims against Merrill Lynch are also barred by applicable statutes of limitations.

unspecified "defendants" or "Investment Bank Defendants."  For example, Plaintiff alleges that "defendants fraudulently omitted the fact that they were mispricing CDO notes in the first quarter of 2007 in order to dump over-valued mortgage-related bonds off of their own balance sheets and onto investors, including plaintiff. . . ."  (Complaint ¶ 5(d).)  This allegation cannot possibly be true of Merrill Lynch, which sold no CDOs to Eastern Financial in 2007.

The point is not only that this particular allegation cannot possibly be true of Merrill Lynch; it is that the Complaint's studied ambiguity concerning both the persons and entities to whom it refers with the catch-all terms "defendants" and "Investment Bank Defendants," and concerning the conduct to which its allegations allude (for example, the frequent references to "CDOs" in general and to time periods like "2006-2007") denies Merrill Lynch, the other defendants, and the Court of the information to which they are entitled about what particular conduct is charged against what particular persons and entities.  *See*, *e.g.*, *Magluta v. Samples*, 256 F.3d 1282, 1284 (11th Cir. 2001) (rejecting as inadequate allegations concerning the conduct of "the defendants," where "geographical and temporal realities ma[de] plain that all defendants could not have participated in every act complained of").

For the foregoing reasons, and for the reasons set forth in the Joint Motion, the claims against Merrill Lynch must be dismissed. The time-barred claims in particular should be dismissed with prejudice.

Dated: May 1, 2012                                              Respectfully submitted,

| | |
|---|---|
| HUNTON & WILLIAMS LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>Telephone: (305) 810-2500<br>Facsimile: (305) 810-2460<br><br>By:   /s/ Samuel A. Danon<br>Samuel A. Danon<br>Florida Bar No. 0892671<br>E-Mail: sdanon@hunton.com<br>Corey Lee<br>Florida Bar No. 44448<br>E-Mail: leec@hunton.com | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Ave., 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 683-3702<br>Marc T.G. Dworsky (admitted *pro hac vice*)<br>E-Mail: marc.dworsky@mto.com<br>George M. Garvey (admitted *pro hac vice*)<br>E-Mail: george.garvey@mto.com<br>Aaron S. Lowenstein (admitted *pro hac vice*)<br>E-Mail: aaron.lowenstein@mto.com<br><br>*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated* |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 1st day of May, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Samuel A. Danon

**SERVICE LIST**

| | |
|---|---|
| **Jonathan Cohen** | **Samuel Alberto Danon** |
| Shutts& Bowen | **Corey Anthony Lee** |
| 201 S Biscayne Boulevard | Hunton& Williams |
| Suite 1500 Miami Center | 1111 Brickell Avenue |
| Miami, FL 33131 | Suite 2500 |
| (305) 379-9173 | Miami, FL  33131 |
| (305) 347-7873 (fax) | 305-810-2500 |
| jcohen@shutts-law.com | 810-2460 (fax) |
| | sdanon@hunton.com |
| | leec@hunton.com |
| | |
| **Jack Reise** | **Glenn E. Goldstein** |
| **Paul Jeffrey Geller** | **Richard A. Adlin** |
| **Jesse S. Johnson** | **Joshua B. Feinberg** |
| Robbins Geller Rudman & Dowd LLP | **David A. Coulson** |
| 120 East Palmetto Road | Greenberg Traurig, P.A. |
| Suite 500 | 333 Avenue of the Americas |
| Boca Raton, FL 33432 | 333 SE 2nd Ave., Ste. 4400 |
| 561-750-3000 | Miami, FL 33131 |
| 561-750-3364 (fax) | 305-579-0500 |
| pgeller@rgrdlaw.com | 305-579-0717 (fax) |
| jjohnson@rgrdlaw.com | coulsond@gtlaw.com |
| jreise@rgrdlaw.com | feinbergj@gtlaw.com |
| | edlinr@gtlaw.com |
| | angelovaa@gtlaw.com |
| | goldsteing@gtlaw.com |

2

**Lawrence Allan Kellogg**
Levine Kellogg Lehman Schneider & Grossman LLP
Miami Center
201 So. Biscayne Boulevard
34th Floor
Miami, FL 33131
305-403-8788
305-403-8789 (fax)
lak@lkllaw.com

**Sigrid Stone McCawley**
Boies Schiller & Flexner
401 E Las Olas Blvd
Suite 1200
Fort Lauderdale, FL 33301
954-356-0011
954-356-0022 (fax)
smccawley@bsfllp.com

**John F. O'Sullivan**
Hogan Lovells US LLP
Mellon Financial Center
1111 Brickell Avenue
Miami, Florida  33131
305-459-6651
305-459-6550 (fax)
John.osullivan@hoganlovells.com

**Anastasia A. Angelova**
**Richard A. Edlin**
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
212-801-9200
212-801-6400 (fax)
angelovaA@gtlaw.com
edlinR@gtlaw.com

**David A. Rosenfeld**
**Robert M. Rothman**
Robbins Geller Rudman & Dowd LLP
58 S Service Road
Suite 200
Melville, NY 11747
631-367-7100
631-367-1173 (fax)
drosenfeld@csgrr.com
rrothman@csgrr.com

**Marc T. Dworsky**
**George Garvey**
**Aaron Lowenstein**
Munger, Tolles& Olson LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
213-683-9100
213-683-5153 (fax)
marc.dworsky@mto.com
george.garvey@mto.com
aaron.lowenstein@mto.com

**Robert J. Giuffra, Jr.**
**Matthew A. Schwartz**
**Justin J. DeCamp**
**Steven T. Rappoport**
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
212-558-4000
212-558-3588 (fax)
giuffrar@sullcrom.com
schwartzmatthew@sullcrom.com
decampj@sullcrom.com
rappoports@sullcom.com

**Meredith Kotler**
**Arminda B. Bepko**
Cleary Gottleib
One Liberty Plaza
New York, NY  10006
212-225-2130
212-225-3999 (fax)
mkotler@cgsh.com
abepko@cgsh.com

**James J. Coster**
**Joshua J. Rubins**
**Nathan J. Berkbile**
Satterlee, Stephens, Burke & Burke, LLP
230 Park Ave.,
New York, New York 10619
212-818-9200
212-818-9606 (fax)
jcoster@ssbb.com
jrubins@ssbb.com
nberkbile@ssbb.com