UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

| | |
|---|---|
| SPACE COAST CREDIT UNION, as Successor-in-Interest to EASTERN FINANCIAL FLORIDA CREDIT UNION,<br><br>     Plaintiff,<br><br>  v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, etc., et al.,<br><br>     Defendants. | Case No.:  0:12-cv-60430-JIC |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, all pleadings and notices in this action should be directed to undersigned counsel for Defendant, The McGraw-Hill Companies, Inc., as follows:

**HOGAN LOVELLS US LLP**
**200 South Biscayne Boulevard, 4th Floor**
**Miami, Florida 33131**
**(305) 459-6500 – telephone**
**(305) 459-6550 – facsimile**

                                              Respectfully Submitted,

Dated:  May 25, 2012                    HOGAN LOVELLS US LLP

                                              By /s/ John F. O'Sullivan_____
                                              John F. O'Sullivan
Florida Bar Number: 143154
Hogan Lovells US LLP
200 S. Biscayne Blvd., 4th Floor
Miami, FL  33131
Telephone:  (305) 459-6500
Facsimile:   (305) 459-6550
E-mail: john.osullivan@hoganlovells.com

CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
Facsimile:  (212) 269-5420
Floyd Abrams (admitted *pro hac vice*)
E-mail: fabrams@cahill.com
Charles A. Gilman (admitted *pro hac vice*)
E-mail: cgilman@cahill.com
David R. Owen (admitted *pro hac vice*)
E-mail: dowen@cahill.com
Jason M. Hall (admitted *pro hac vice*)
E-mail: jhall@cahill.com

*Attorneys for The McGraw-Hill Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/EMF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ John F. O'Sullivan
John F. O'Sullivan
Fla. Bar No. 143154

**SERVICE LIST**

Samuel H. Rudman
David A. Rosenfeld
Robert M. Rothman
Erin W. Boardman
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Tel:  (631) 367-7100
Fax:  (631) 367-1173
Email:  srudman@rgrdlaw.com
            drosenfeld@rgrdlaw.com
            rrothman@rgrdlaw.com
            eboardman@rgrdlaw.com

Jack Reise
Jesse S. Johnson
Paul Jeffrey Geller
Mark J. Dearman
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road
Suite 1500
Boca Raton, FL  33432
Tel:  (561) 750-3000
Fax:  (561) 750-3364
Email:  jreise@rgrdlaw.com
            jjohnson@rgrdlaw.com
            pgeller@rgrdlaw.com
            mdearman@rgrdlaw.com

Darren J. Robbins
David C. Walton
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Tel:  (619) 231-1058
Fax:  (619) 231-7423
Email:  darrenr@rgrdlaw.com
            davew@rgrdlaw.com

Jason C. Davis
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104

Tel:  (415) 288-4545
Fax:  (415) 288-4534
Email:  jdavis@rgrdlaw.com

*Attorneys for Plaintiff*

---

Samuel A. Danon
Corey Lee
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, FL  33131
Tel:  (305) 810-2500
Fax:  (305) 810-2460
Email:  sdanon@hunton.com
         leec@hunton.com

Marc T.G. Dworsky  *(pro hac vice)*
George M. Garvey  *(pro hac vice)*
Aaron S. Lowenstein *(pro hac vice*)
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA  90071
Tel:   (213) 683-9100
Fax:  (213) 683-5153
Email:  marc.dworsky@mto.com
         george.garvey@mto.com
         aaron.lowenstein@mto.com

*Attorneys for the Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated and Bank of America, N.A. (sued herein as Merrill Lynch Credit Corporation)*

---

Samuel J. Salario, Jr.
Kevin P. McCoy
CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL  33607
Tel:  (813) 223-7000
Fax:  (813) 229-4133
Email:  ssalario@carltonfields.com
         kmccoy@carltonfields.com

*Attorneys for Defendants Wells Fargo Securities LLC*

David A. Coulson
Joshua B. Feinberg
GREENBERG TRAURIG P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL  33131
Tel:  (305) 579-0500
Fax:  (305) 579-0717
Email:  coulsond@gtlaw.com
           feinbergj@gtlaw.com

Glenn E. Goldstein
GREENBERG TRAURIG P.A.
401 East Las Olas Blvd., Suite 2000
Ft. Lauderdale, FL  33301
Tel:  (954) 765-0500
Fax:  (954) 765-1477
Email:  goldstein@gtlaw.com

Richard A. Edlin *(pro hac vice)*
Anastasia A. Angelova *(pro hac vice)*
GREENBERG TRAURIG LLP
MetLife Building
200 Park Avenue
New York, NY  10166
Tel:  (212) 801-9200
Fax:  (212) 801-6400
Email: edlinr@gtlaw.com
          angelovaa@gtlaw.com

*Attorneys for Defendant J.P. Morgan Securities LLC (sued herein as J.P. Morgan Securities Inc.)*

---

Lawrence A. Kellogg
LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP
201 South Biscayne Blvd.
34th Floor, Miami Center
Miami, FL  33131
Tel:  (305) 403-8791
Fax:  (305) 403-8789
Email:  lak@lkllaw.com

Robert J. Giuffra, Jr. *(pro hac vice)*
Matthew A. Schwartz *(pro hac vice)*
Justin J. DeCamp *(pro hac vice)*
Steven T. Rappoport *(pro hac vice)*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Tel:  (212)  558-4000
Fax:  (212) 558-3588
Email: giuffrar@sullcrom.com
    schwartzmatthew@sullcrom.com
    decamp@sullcrom.com
    rappoports@sullcrom.com

*Attorneys for Defendant UBS Securities LLC*

David Nelson
Sigrid S. McCawley
BOISE SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL  33301
Tel:   (954) 356-0011
Fax:  (954) 356-0022
Email   dnelson@bsfllp.com
    smccawley@bsfllp.com

Meredith E. Kotler *(pro hac vice)*
Arminda B. Bepko . *(pro hac vice)*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006
Tel:  (212) 225-2000
Fax:  (212) 225-3999
Email: mkotler@cgsh.com
    abepko@cgsh.com

*Attorneys for Defendant Barclays Capital Inc.*

Patricia M. Hynes *(pro hac vice)*
Todd S. Fishman *(pro hac vice)*
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY  10020
Tel:   (212) 610-6300
Fax:  (212) 610-6363
Email:  patricia.hynes@allenovery.com
            todd.fishman@allenovery.com

*Attorneys for Richard S. Fuld*

---

Jonathan Cohen
SHUTTS & BOWEN LLP
1500 Miami Center
201 South Biscayne Blvd.
Miami, FL  33131
Tel:   (305) 358-6300
Fax:  (305) 347-7873
Email:  jcohen@shutts.com

James J. Coster *(pro hac vice)*
Joshua M. Rubins *(pro hac vice)*
Nathan J. Berkebile *(pro hac vice)*
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY  10169
Tel:  (212) 818-9200
Fax:  (212) 818-9606
Email:  jcoster@ssbb.com
            jrubins@ssbb.com
            nberkebile@ssbb.com

*Attorneys for Defendant Moody's Investors Service, Inc.*