UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60430-CIV-COHN/SELTZER

SPACE COAST CREDIT UNION, as
Successor-in-Interest to EASTERN
FINANCIAL FLORIDA CREDIT UNION,

      Plaintiff,

vs.

MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED, et al.

      Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS CAUSE is before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (DE 76) filed on behalf of Erin W. Boardman, Esq. and it appearing that all requirements of Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys have been met and the Court being otherwise sufficiently advised, it is hereby ORDERED that the Motion is GRANTED.  Erin W. Boardman, of the law firm of Robbins Geller Rudman & Dowd LLP, located at 58 South Service Road, Suite 200, Melville, New York 11747, may appear herein as co-counsel for Plaintiff Space Coast Credit Union as Successor-in-Interest to Eastern Financial Florida Credit Union.  The Court reserves the power to withdraw permission for limited appearance prior to and during the time of trial.  Failure to abide by any Court order may result in immediate revocation of counsel's *pro hac vice* status.

Attorney Jack Reise, of the law firm of Robbins Geller Rudman & Dowd LLP, located at 120 East Palmetto Park, Suite 500, Boca Raton, Florida 33432, is designated as counsel with whom the Court and opposing counsel may communicate, upon whom filings may be served, and who shall be required to electronically file all documents and things that may be filed electronically in compliance with the CM/ECF Administrative Procedures. Attorney Reise must be ready to adequately represent Plaintiff at any time.

It is further ORDERED that the Clerk shall provide notification of all electronic filings to Erin W. Boardman at email address eboardman@rgdlaw.com.

DONE AND ORDERED in Fort Lauderdale, Florida, this 12th day of July 2012.

_____
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE


Copies to:

All counsel of record and
unrepresented parties