IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cv-60430-JIC

SPACE COAST CREDIT UNION, as
Successor-in-Interest to EASTERN
FINANCIAL FLORIDA CREDIT UNION,

          Plaintiff,

v.

MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED; MERRILL
LYNCH CREDIT CORPORATION (d/b/a
MERRILL LYNCH HOME LOANS);
WELLS FARGO SECURITIES LLC (f/k/a
WACHOVIA CAPITAL MARKETS LLC);
J.P. MORGAN SECURITIES INC. (f/k/a
BEAR STEARNS & CO., INC.); UBS
SECURITIES LLC; BARCLAYS CAPITAL
INC.; RICHARD S. FULD, JR; MOODY'S
INVESTORS SERVICE, INC.; and THE
MCGRAW HILL COMPANIES, INC.
(formerly d/b/a STANDARD & POOR'S
RATING SERVICES),
          Defendants.

## DEFENDANTS' REQUEST FOR
## ORAL ARGUMENT ON THEIR MOTIONS TO DISMISS

Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, Wells Fargo Securities LLC (f/k/a Wachovia Capital Markets LLC), J.P. Morgan Securities Inc. (f/k/a Bear Stearns & Co., Inc.), UBS Securities LLC, and Barclays Capital Inc. (the "Bank Defendants"), and McGraw Hill Companies, Inc. (formerly d/b/a Standard & Poors Rating Services) and Moody's Investors Service, Inc. (collectively, "Defendants") hereby request oral argument on their motions to dismiss the complaint in the above-captioned action.

1.     On February 6, 2012, Plaintiff filed a complaint against Defendants, alleging,

*inter alia*, five causes of action for fraud, negligent misrepresentation, violations of Florida's Securities and Investor Protection Act, Fla. Stat. §517.301, unjust enrichment, and constructive trust. As to the Bank Defendants, the complaint does not assert joint and several liability, but instead seeks damages against each Bank Defendant in connection with that Bank Defendant's separate sales of securities to Plaintiff's predecessor.

2.  On April 27, 2012, the Bank Defendants filed a joint brief in support of their joint motion to dismiss the Complaint. Several Bank Defendants each filed supplemental motions to dismiss and supporting briefs relating to issues pertaining to the Defendants individually. Also on April 27, 2012, Defendants McGraw Hill Companies, Inc. and Moody's Investors Service, Inc. (the "Rating Agency Defendants") each filed individual briefs in support of their motions to dismiss the complaint. These briefs argued that this Court should dismiss Plaintiff's claims against the Defendants for failure to state a cause of action. Among other things, the motions argued that Plaintiff's allegations lacked the particularity required under Fed. R. Civ. P. (9), failed even to identify the particular statements of each Bank Defendant that Plaintiff contended were misleading, relied on non-actionable statements of opinion from the Rating Agency Defendants, and failed to allege compliance with statutes of limitation.

3.  On June 29, 2012, Plaintiff filed a Memorandum of Law in Opposition to the Defendants' Motions to Dismiss.

4.  On August 13, 2012, the Bank Defendants jointly filed their reply brief in support of their motion to dismiss. Several Bank Defendants also filed individual supplemental reply briefs in support of their motions to dismiss. On the same day, the Rating Agency Defendants each filed their own reply briefs in support of their jointly filed motion to dismiss.

5.  Defendants respectfully submit that the legal issues raised in the aforementioned

motions to dismiss are sufficiently complex, inasmuch as they concern the rating and/or sale of multiple complex financial instruments known as collateralized debt obligations ("CDOs") by two ratings agencies and five investment banks over a two-year period, that oral argument will allow counsel to better articulate their arguments.

6. Six of the seven Defendants wish to speak at oral argument.[1] Defendants therefore request that ninety (90) minutes be set aside for oral argument, to be split, as the Court sees fit, among the Bank Defendants, the Rating Agency Defendants, and Plaintiff.

Dated this 14th day of August, 2012.

LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
201 So. Biscayne Blvd., 22nd Floor
Miami, FL 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

By: /s/ Lawrence A. Kellogg
    Florida Bar No. 328601
    E-Mail: lak@lklsg.com

SULLIVAN & CROMWELL, LLP
125 Broad St.
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Robert J. Giuffra, Jr. (admitted *pro hac vice*)
E-Mail: giuffrar@sullcrom.com
Matthew A. Schwartz (admitted *pro hac vice*)
E-Mail: schwartzmatthew@sullcrom.com
Justin J. DeCamp (admitted *pro hac vice*)
E-Mail: decamp@sullcrom.com

Respectfully submitted,

HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

By: /s/Samuel A. Danon
    Florida Bar No. 0892671
    E-Mail: sdanon@hunton.com
    Corey Lee
    Florida Bar No. 44448
    E-Mail: leec@hunton.com

MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-3702
Marc T.G. Dworsky (admitted *pro hac vice*)
E-Mail: marc.dworsky@mto.com
George M. Garvey (admitted *pro hac vice*)
E-Mail: george.garvey@mto.com

---

[1] Defendant McGraw-Hill has filed a motion advancing independent arguments for dismissal of the complaint as to it on the basis of the mandatory forum selection clause in the written contract between plaintiff and McGraw-Hill (and also joined to the extent applicable arguments made by the other defendants). McGraw-Hill does not seek oral argument as to the independent arguments raised in its separate filing. However, to the extent Plaintiff seeks to address issues specific to McGraw-Hill at oral argument, McGraw-Hill respectfully requests equal time to respond.

Steven T. Rappoport (admitted *pro hac vice*)  
E-Mail: Rappoport@sullcrom.com

*Attorneys for UBS Securities, LLC*

Aaron S. Lowenstein (admitted *pro hac vice*)  
E-Mail: aaron.lowenstein@mto.com

*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated*

GREENBERG TRAURIG, P.A.  
333 Avenue of the Americas  
(333 SE 2nd Avenue) Suite 4400  
Miami, FL 33131  
Telephone: (305) 579-0500  
Facsimile: (305) 579-0717

By: /s/ David A. Coulson  
    David A. Coulson  
    Florida Bar No. 176222  
    E-Mail: CoulsonD@gtlaw.com  
    Joshua B. Feinberg  
    Florida Bar No. 55797  
    E-Mail: FeinbergJ@gtlaw.com

GREENBERG TRAURIG, LLP  
Metlife Buidling  
200 Park Avenue  
New York, NY 10166  
Telephone: (212) 801-9200  
Facsimile: (212) 801-6400  
Richard A. Edlin (admitted *pro hac vice*)  
E-Mail: EdlinR@gtlaw.com  
Anastasia A. Angelova (admitted *pro hac vice*)  
E-Mail: AngelovaA@gtlaw.com

*Attorneys for Defendant*  
*J.P. Morgan Securities LLC*  
*(f/k/a Bear Stearns & Co., Inc.)*

GREENBERG TRAURIG, P.A.  
401 East Las Olas Boulevard, Suite 2200  
Fort Lauderdale, FL 33301  
Telephone: (954) 765-0500  
Facsimile: (954) 765-1477  
Glenn E. Goldstein  
Florida Bar No. 435260  
E-Mail: GoldsteinG@gtlaw.com

*Attorneys for Defendant*  
*J.P. Morgan Securities LLC*  
*(sued herein as J.P. Morgan Securities, Inc.)*

BOIES, SCHILLER & FLEXNER LLP  
401 East Las Olas Boulevard, Suite 1200  
Fort Lauderdale, FL 33301  
Telephone: (954) 356-0011  
Facsimile: (954) 356-0022

By: /s/ David Nelson  
    David Nelson  
    Florida Bar No. 845531  
    E-Mail: dnelson@bsfllp.com  
    Sigrid S. McCawley  
    Florida Bar No. 129305  
    E-Mail: smccawley@bsfllp.com

CLEARLY GOTTLIEB STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Meredith E. Kotler (admitted *pro hac vice*)
E-Mail: mkotler@cgsh.com
Arminda Bepko (admitted *pro hac vice*)
E-Mail: abepko@cgsh.com
Laura Zuckerwise (admitted *pro hac vice*)
E-Mail: lzuckerwise@cgsh.com

*Attorneys for Defendant Barclays Capital Inc.*

CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3955
Facsimile: (212) 378-2429

By: /s/ Charles A. Gilman
    Charles A. Gilman, Esq. (admitted *pro hac vice*)
    E-Mail: cgilman@cahill.com
    David R. Owen, Esq. (admitted *pro hac vice*)
    E-Mail: dowen@cahill.com
    Floyd Abrams, Esq. (admitted *pro hac vice*)
    E-Mail: fabrams@cahill.com
    Jason M. Hall, Esq. (admitted *pro hac vice*)
    E-Mail: jhall@cahill.com

HOGAN LOVELLS US LLP
200 South Biscayne Blvd., Suite 400
Miami, FL 33131
Telephone: (305) 459-6651
Facsimile: (305) 459-6550
John F. O'Sullivan
E-Mail: john.osullivan@hoganlovells.com

*Attorneys for Defendant
The McGraw Hill Companies, Inc.
(formerly doing business as
Standard & Poor's Rating Services)*

CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133

By: /s/ Samuel J. Salario, Jr.
    Samuel J. Salario, Jr.
    Florida Bar No. 83460
    E-Mail: ssalario@carltonfields.com
    Kevin P. McCoy
    Florida Bar No. 0036225
    E-Mail: kmccoy@carltonfields.com

*Attorneys for Wells Fargo Securities, LLC
(f/k/a Wachovia Capital Markets LLC)*

SHUTTS & BOWEN, LLP
1500 Miami Center
201 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 358-6300
Facsimile: (305) 347-7873

By: /s/ Jonathan Cohen
Jonathan Cohen, Esq.
Florida Bar No. 384305
jcohen@shutts.com

And

>James J. Coster, Esq.
>jcostar@sssbb.com
>Joshua M. Rubins, Esq.
>jrubins@ssbb.com
>Nathan J. Berkebile, Esq.
>nberkebile@ssbb.com
>SATTERLEE STEPHENS BURKE
>& BURKE, LLP
>230 Park Avenue
>New York, New York 10169
>Telephone: (212) 818-9200
>Facsimile: (212) 818-9606/7
>
>*Attorneys for Defendant*
>*Moody's Investors Service, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **August 14, 2012**, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>/s/ Lawrence A. Kellogg
>Lawrence A. Kellogg

## SERVICE LIST

**Paul J. Geller, Esq.**
E-Mail: pgeller@rgrdlaw.com
**Jack Reise, Esq.**
E-Mail: jreise@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

*Counsel for Plaintiff*
*Space Coast Credit Union*

**David A. Rosenfeld, Esq.**
E-Mail: drosenfeld@csgrr.com
**Robert A. Rothman, Esq.**
E-Mail: RRothman@rgrdlaw.com
**Marc J. Dearman, Esq.**
E-Mail: mdearman@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

*Counsel for Plaintiff*
*Space Coast Credit Union*

**David A. Coulson, Esq.**
E-Mail: coulsond@gtlaw.com
**Joshua B. Feinberg, Esq.**
E-Mail: feinbergj@gtlaw.com
GREENGERG TRAURIG, P.A.
333 N.E. 2nd Avenue
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*Counsel for Defendant*
*J.P. Morgan Securities LLC*

**Glenn E. Goldstein, Esq.**
E-Mail: GoldsteinG@gtlaw.com
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477

*Counsel for Defendant*
*J.P. Morgan Securities LLC*

**Anastasia A. Angelova, Esq.**
E-Mail: angelovaa@gtlaw.com
**Richard A. Edlin, Esq.**
E-Mail: edlinr@gtlaw.com
GREENBERG TRAURIG, P.A.
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Counsel for Defendant*
*J.P. Morgan Securities LLC*

**Arminda B. Bepko, Esq.**
E-Mail: abepko@cgsh.com
**Laura A. Zuckerwise, Esq.**
E-Mail: lzuckerwise@cgsh.com
**Meredith E. Kotler, Esq.**
E-Mail: mkotler@cgsh.com
**Sigrid S. McCawley, Esq.**
E-Mail: smccawley@bsfllp.com
CLEARY GOTTLIEB STEEN
& HAMILTON, LLP
One Liberty Plaza
New York, NY 10006-1470
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for Defendant*
*Barclays Capital, Inc.*

**James J. Coster, Esq.**
E-Mail: jcoster@ssbb.com
**Joshua M. Rubins, Esq.**
E-Mail: jrubins@ssbb.com
**Nathan J. Berkebile, Esq.**
E-Mail: nberkebile@ssbb.com
SATTERLEE, STEPHENS, BURKE
& BURKE, LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

*Counsel for Defendant*
*Moody's Investors Service, Inc.*

**Charles A. Gilman, Esq.**
E-Mail: cgilman@cahill.com
**David R. Owen, Esq.**
E-Mail: dowen@cahill.com
**Floyd Abrams, Esq.**
E-Mail: fabrams@cahill.com
**Jason M. Hall, Esq.**
E-Mail: jhall@cahill.com
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3955
Facsimile: (212) 378-2429

*Counsel for*
*The McGraw Hill Companies, Inc.*

**Kevin P. McCoy, Esq.**
E-Mail: kmccoy@carltonfields.com
**Samuel J. Salario, Jr. , Esq.**
E-Mail: ssalario@carltonfields.com
CARLTON FIELDS
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, FL 33607
Telephone: (813) 229-4272
Facsimile: (813) 229-4133

*Counsel for Defendant*
*Wells Fargo Securities, LLC*

**Jonathan Cohen, Esq.**
E-Mail: jcohen@shutts-law.com
SHUTTS & BOWEN
201 So. Biscayne Boulevard, Suite 1500
Miami, FL 33131
Telephone: (305) 379-9173
Facsimile: (305) 347-7873

*Counsel for Defendant*
*Moody's Investors Service, Inc.*

**John F. O'Sullivan, Esq.**
E-Mail: john.osullivan@hoganlovells.com
HOGAN LOVELLS US LLP
200 South Biscayne Blvd., Suite 400
Miami, FL 33131
Telephone: (305) 459-6651
Facsimile: (305) 459-6550

*Counsel for Defendant*
*The McGraw Hill Companies, Inc.*

**Justin DeCamp, Esq.**
E-Mail: decampj@sullcrom.com
**Matthew A. Schwartz, Esq.**
E-Mail: schwartzmatthew@sullcrom.com
**Robert Giuffra, Jr., Esq.**
E-Mail: giuffrar@sullcrom.com
**Steven R. Rappoport, Esq.**
E-Mail: Rappoports@sullcrom.com
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 291-9185

*Counsel for Defendant*
*UBS Securities LLC*