IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:12-cv-60430-COHN/SELTZER

| | |
|---|---|
| SPACE COAST CREDIT UNION, as Successor-in-Interest to EASTERN FINANCIAL FLORIDA CREDIT UNION, | : : : |
| Plaintiff, | : |
| v. | : |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; MERRILL LYNCH CREDIT CORPORATION (d/b/a MERRILL LYNCH HOME LOANS); WELLS FARGO SECURITIES LLC (f/k/a WACHOVIA CAPITAL MARKETS LLC); J.P. MORGAN SECURITIES INC. (f/k/a BEAR STEARNS & CO., INC.); UBS SECURITIES LLC; BARCLAYS CAPITAL INC.; RICHARD S. FULD, JR; MOODY'S INVESTORS SERVICE, INC.; and THE MCGRAW HILL COMPANIES, INC. (formerly d/b/a STANDARD & POOR'S RATING SERVICES), Defendants. | : : **ORAL ARGUMENT REQUESTED** : : : : : : : : |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants submit this Notice of Supplemental Authority to direct the Court's attention to a recent ruling that further supports defendants' motion to dismiss plaintiff's Complaint in this action for failure to plead its claims with the required specificity.[1]

---

[1] *See* Defs.' Joint Mot. to Dismiss and Incorp. Mem. of Law, filed Apr. 27, 2012, Docket No. 58; The McGraw-Hill Companies, Inc.'s Mot. to Dismiss the Compl. and Memo. of Law, filed Apr. 27, 2012, Docket No. 57; UBS Securities LLC's Mot. To Dismiss Pl.'s Compl. Pursuant to Rules 12(b)(6) and 9(b) with Incorp. Supp. Memo. of Law, filed Apr. 27, 2012, Docket No. 60; Moody's Investors Service, Inc.'s Mot. to Dismiss and Inc. Memo of Law, filed

(*footnote continued*)

In an Opinion and Order issued in *Woori Bank* v. *RBS Securities, et al.*, 12-04254 (HB) (S.D.N.Y. Dec. 27, 2012), attached as Exhibit A hereto, Judge Harold Baer of the U.S. District Court for the Southern District of New York dismissed with prejudice claims for fraud, negligent misrepresentation, and unjust enrichment because, as with the claims alleged here, plaintiff failed to link defendants' supposed knowledge of problems in the residential mortgage-backed securities ("RMBS") market to the specific collateralized debt obligations ("CDOs") that defendants sold to plaintiff.  Plaintiff alleged, for example, that defendants knew, "based on superior information about loan performance and underwriting standards," derived primarily from third-party reports about defendants' and other financial institutions' involvement in the RMBS market, including reports from Clayton Holdings and the Financial Crisis Inquiry Commission ("FCIC"), "that the CDOs carried greater risk than the CDOs' ratings suggested." Slip. op., at 2.  The court held that "[t]his attempt to ascribe general conduct, supported by third-party reports, to the disclosures here is the very antithesis of specificity" because there was no

---

(*footnote continued*)
Apr. 27, 2012, Docket Nos. 62 and 64; Wells Fargo Securities LLC's Mot. to Dismiss and Incorp. Memo. of Law, filed Apr. 27, 2012, Docket No. 63; J.P. Morgan Securities, LLC's Supp. Mot. to Dismiss and Incorp. Memo of Law, filed Apr. 27, 2012, Docket No. 65; Barclays Capital Inc.'s Supp. Memo. of Law in Support of Its Mot. to Dismiss, filed Apr. 27, 2012, Docket No. 66; Corrected Mot. to Dismiss Claims Against Merrill Lynch, Pierce, Fenner & Smith Inc. and Incorp. Memo. of Law, filed May 1, 2012, Docket No. 69.

"factual connection between [d]efendants' knowledge of problems in the RMBS market (or even RBS's suspect activities) and the transactions in this case." *Id.* at 8.

Dated: January 10, 2013                                    Respectfully submitted,

/s/ Lawrence A. Kellogg
Lawrence A. Kellogg                                         Robert J. Giuffra, Jr.
Florida Bar No. 328601                                      E-Mail: giuffrar@sullcrom.com
E-Mail: lak@lklsg.com                                       Matthew A. Schwartz
LEVINE KELLOGG LEHMAN                                       E-Mail: schwartzmatthew@sullcrom.com
SCHNEIDER + GROSSMAN LLP                                    Justin J. DeCamp
201 So. Biscayne Blvd., 22nd Floor                          E-Mail: decamp@sullcrom.com
Miami, FL 33131                                             Steven T. Rappoport
Telephone: (305) 403-8788                                   E-Mail: Rappoport@sullcrom.com
Facsimile: (305) 403-8789                                   (admitted *pro hac vice*)
                                                            SULLIVAN & CROMWELL LLP
                                                            125 Broad St.
                                                            New York, NY 10004
                                                            Telephone: (212) 558-4000
                                                            Facsimile: (212) 558-3588

                                                            *Attorneys for Defendant UBS Securities LLC*

GREENBERG TRAURIG, P.A.                                     HUNTON & WILLIAMS LLP
333 Avenue of the Americas                                  1111 Brickell Avenue, Suite 2500
(333 S.E. 2nd Avenue) Suite 4400                            Miami, FL 33131
Miami, FL 33131                                             Telephone: (305) 810-2500
Telephone: (305) 579-0500                                   Facsimile: (305) 810-2460
Facsimile: (305) 579-0717

By: /s/ David A. Coulson                                    By: /s/ Samuel A. Danon
David A. Coulson                                            Samuel A. Danon
Florida Bar No. 176222                                      Florida Bar No. 0892671
E-Mail: CoulsonD@gtlaw.com                                  E-Mail: sdanon@hunton.com
Joshua B. Feinberg                                          Corey Lee
Florida Bar No. 55797                                       Florida Bar No. 44448
E-Mail: FeinbergJ@gtlaw.com                                 E-Mail: leec@hunton.com

3

GREENBERG TRAURIG, LLP
Metlife Building
200 Park Avenue
New York, NY  10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Richard A. Edlin (admitted *pro hac vice*)
E-Mail: EdlinR@gtlaw.com
Anastasia A. Angelova (admitted *pro hac vice*)
*E-Mail: AngelovaA@gtlaw.com*

MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-3702
Marc T.G. Dworsky (admitted *pro hac vice*)
E-Mail: marc.dworsky@mto.com
George M. Garvey (admitted *pro hac vice*)
E-Mail: george.garvey@mto.com
Aaron S. Lowenstein (admitted *pro hac vice*)
E-Mail: aaron.lowenstein@mto.com

*Attorneys for Defendant Merrill Lynch,*
*Pierce, Fenner & Smith Incorporated*

GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2200
Fort Lauderdale, FL 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477
Glenn E. Goldstein
Florida Bar No. 435260
E-Mail: GoldsteinG@gtlaw.com

*Attorneys for Defendant*
*J.P. Morgan Securities, LLC*
*(sued as J.P. Morgan Securities, Inc.)*

BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

By: /s/ Sigrid S. McCawley
    Sigrid S. McCawley
    Florida Bar No. 129305
    E-Mail: smccawley@bsfllp.com
    David Nelson
    Florida Bar No. 84531
    E-Mail: dnelson@bsfllp.com

CLEARLY GOTTLIEB STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Meredith E. Kotler (admitted *pro hac vice*)
E-Mail: mkotler@cgsh.com
Arminda Bepko (admitted *pro hac vice*)
E-Mail: abepko@cgsh.com
Laura Zuckerwise (admitted *pro hac vice*)
E-Mail: lzuckerwise@cgsh.com

*Attorneys for Defendant Barclays Capital Inc.*

4

SHUTTS & BOWEN, LLP
1500 Miami Center
201 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 358-6300
Facsimile: (305) 347-7873

By: /s/ Jonathan Cohen
    Jonathan Cohen
    Florida Bar No. 384305
    E-Mail: jcohen@shutts.com

SATTERLEE STEPHENS BURKE
& BURKE, LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606/7
James J. Coster (admitted *pro hac vice*)
E-Mail: jcoster@ssbb.com
Joshua M. Rubins (admitted *pro hac vice*)
E-Mail: jrubins@ssbb.com
Nathan J. Berkebile (admitted *pro hac vice*)
E-Mail: nberkebile@ssbb.com

*Attorneys for Defendant Moody's Investors Service, Inc.*

CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133

By: /s/ Samuel J. Salario, Jr.
    Samuel J. Salario, Jr.
    Florida Bar No. 083460
    E-Mail: ssalario@carltonfields.com
    Kevin P. McCoy
    Florida Bar No. 0036225
    E-Mail: kmccoy@carltonfields.com

*Attorneys for Defendant Wells Fargo Securities LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **January 10, 2013**, I filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Lawrence A. Kellogg
Lawrence A. Kellogg

## SERVICE LIST

**Paul J. Geller, Esq.**
E-Mail: pgeller@rgrdlaw.com
**Jack Reise, Esq.**
E-Mail: jreise@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

*Counsel for Plaintiff*
*Space Coast Credit Union*

**David A. Rosenfeld, Esq.**
E-Mail: drosenfeld@csgrr.com
**Robert A. Rothman, Esq.**
E-Mail: RRothman@rgrdlaw.com
**Marc J. Dearman, Esq.**
E-Mail: mdearman@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

*Counsel for Plaintiff*
*Space Coast Credit Union*

**David A. Coulson, Esq.**
E-Mail: coulsond@gtlaw.com
**Joshua B. Feinberg, Esq.**
E-Mail: feinbergj@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*Counsel for Defendant*
*J.P. Morgan Securities, LLC*

**Glenn E. Goldstein, Esq.**
E-Mail: GoldsteinG@gtlaw.com
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477

*Counsel for Defendant*
*J.P. Morgan Securities, LLC*

**Anastasia A. Angelova, Esq.**
E-Mail: angelovaa@gtlaw.com
**Richard A. Edlin, Esq.**
E-Mail: edlinr@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Counsel for Defendant*
*J.P. Morgan Securities, LLC*

**Arminda B. Bepko, Esq.**
E-Mail: abepko@cgsh.com
**Laura A. Zuckerwise, Esq.**
E-Mail: lzuckerwise@cgsh.com
**Meredith E. Kotler, Esq.**
E-Mail: mkotler@cgsh.com
CLEARY GOTTLIEB STEEN
& HAMILTON, LLP
One Liberty Plaza
New York, NY 10006-1470
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for Defendant*
*Barclays Capital Inc.*

**James J. Coster, Esq.**
E-Mail: jcoster@ssbb.com
**Joshua M. Rubins, Esq.**
E-Mail: jrubins@ssbb.com
**Nathan J. Berkebile, Esq.**
E-Mail: nberkebile@ssbb.com
SATTERLEE, STEPHENS, BURKE & BURKE, LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

*Counsel for Defendant*
*Moody's Investors Service, Inc.*

**Sigrid S. McCawley, Esq.**
E-Mail: smccawley@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Counsel for Defendant*
*Barclays Capital Inc.*

**Lawrence A. Kellogg, Esq.**
E-mail: lak@lkllaw.com
LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
Miami Center, 34th Floor
201 So. Biscayne Boulevard
Miami, FL 33131
Telephone: 305-403-8788
Facsimile: 305-403-8789

*Counsel for Defendant*
*UBS Securities LLC*

**Jonathan Cohen, Esq.**
E-Mail: jcohen@shutts-law.com
SHUTTS & BOWEN
201 So. Biscayne Boulevard, Suite 1500
Miami, FL 33131
Telephone: (305) 379-9173
Facsimile: (305) 347-7873

*Counsel for Defendant*
*Moody's Investors Service, Inc.*

**Charles A. Gilman, Esq.**
E-Mail: cgilman@cahill.com
**David R. Owen, Esq.**
E-Mail: dowen@cahill.com
**Floyd Abrams, Esq.**
E-Mail: fabrams@cahill.com
**Jason M. Hall, Esq.**
E-Mail: jhall@cahill.com
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3955
Facsimile: (212) 378-2429

*Counsel for Defendant*
*The McGraw-Hill Companies, Inc.*

**Justin DeCamp, Esq.**
E-Mail: decampj@sullcrom.com
**Matthew A. Schwartz, Esq.**
E-Mail: schwartzmatthew@sullcrom.com
**Robert J. Giuffra, Jr., Esq.**
E-Mail: giuffrar@sullcrom.com
**Steven T. Rappoport, Esq.**
E-Mail: Rappoports@sullcrom.com
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 291-9185

*Counsel for Defendant*
*UBS Securities LLC*

**Kevin P. McCoy, Esq.**
E-Mail: kmccoy@carltonfields.com
**Samuel J. Salario, Jr. , Esq.**
E-Mail: ssalario@carltonfields.com
CARLTON FIELDS
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, FL 33607
Telephone: (813) 229-4272
Facsimile: (813) 229-4133

*Counsel for Defendant*
*Wells Fargo Securities LLC*

 **John F. O'Sullivan, Esq.**
E-Mail: john.osullivan@hoganlovells.com
HOGAN LOVELLS US LLP
200 South Biscayne Blvd., Suite 400
Miami, FL 33131
Telephone: (305) 459-6651
Facsimile: (305) 459-6550

*Counsel for Defendant*
*The McGraw-Hill Companies, Inc.*