# EXHIBIT A

Exhibit A

| CDO Note Purchase Date | CDO | CUSIP | NRSRO Defendants | Bank Defendant | Sources of Ratings and/or Surbordination Representations or Omissions (1) |
|---|---|---|---|---|---|
| December 13, 2005 | Broderick 05-1A B | 112021AF7 | S&P / Moody's | Merrill Lynch | Term Sheet dated November 2005 |
| | | | | | Investor Presentation dated November 2005 |
| | | | | | Offering Circular dated December 13, 2005 |
| December 21, 2005 | Ixis CDO 05-1A A3L | 46602PAD1 | S&P / Moody's | Bear Stearns | Investor Presentation dated October 2005 |
| | | | | | Preliminary Offering Circular dated October 19, 2005 |
| | | | | | Offering Circular dated December 16, 2005 |
| May 3, 2006 | Citius I Funding | 17305CAD1 | S&P / Moody's | Barclays | Investor Presentation dated February 2006 |
| | | | | | Preliminary Offering Circular dated April 6, 2006 |
| | | | | | Barclays Email dated April 10, 2006 |
| June 27, 2006 | Ipswich CDO | 46265BAJ7 | S&P / Moody's | Merrill Lynch | Term Sheet dated April 2006 |
| | | | | | Investor Presentation dated April 2006 |
| | | | | | Offering Circular dated June 23, 2006 |
| March 9, 2007 | Pampelonne II CDO | 697729AE1 | S&P / Moody's | Barclays | Term Sheet |
| | | | | | Investor Presentation dated February 2007 |
| | | | | | Offering Circular dated March 5, 2007 |
| March 14, 2007 | Kleros III CDO (A3) | 49858NAD1 | S&P / Moody's | UBS | Offering Circular dated November 17, 2006 |
| | | | | | Investor Presentation dated December 2006 |
| | | | | | Investor Presentation dated January 2007 |
| April 24, 2007 | Corona Borealis CDO | 219655AH0 | S&P / Moody's | NA | Termsheet dated February 2007 |
| | | | | | Offering Circular dated April 23, 2006 |
| | | | | | Offering Circular dated April 23, 2007 |

| CDO Note Purchase Date | CDO | CUSIP | NRSRO Defendants | Bank Defendant | Sources of Ratings and/or Surbordination Representations or Omissions (1) |
|---|---|---|---|---|---|
| April 25, 2007 | Armitage CDO | 042236AE9 | S&P / Moody's | NA | Termsheet dated February 9, 2007 |
|  |  |  |  |  | Investor Presentation dated February 2007 |
|  |  |  |  |  | Offering Circular dated March 28, 2007 |
| April 26, 2007 | Longshore CDO | 543169AG1 | S&P / Moody's | NA | Investor Presentation dated March 2007 |
|  |  |  |  |  | Preliminary Offering Circular dated March 8, 2007 |
|  |  |  |  |  | Offering Circular dated April 25, 2007 |
| May 10, 2007 | Millbrook 2007-1 | 783422CT3 | S&P / Moody's | Bear Stearns | Investor Presentation dated March 13, 2007 |
|  |  |  |  |  | Bear Stearns Email dated March 21, 2007 |
|  |  |  |  |  | Bear Stearns Email dated April 19, 2007 |
|  |  |  |  |  | Offering Circular dated May 10, 2007 |
|  |  |  |  |  | Trade Confirmation dated May 10, 2007 |
| June 26, 2007 | Kleros III CDO (A2) | 49858NAC3 | S&P / Moody's | UBS | *See* Kleros III CDO (above). |
|  |  |  |  |  | UBS Email of Trustee Report dated June 21, 2007 |
| June 27, 2007 | Ridgeway II CDO | 766174AY2 | S&P / Moody's | NA | Termsheet dated March 2007 |
|  |  |  |  |  | Investor Presentation dated April 2007 |
|  |  |  |  |  | Offering Circular dated June 25, 2007 |
| June 28, 2007 | HG-Coll CDO | 40419HAC7 | S&P / Moody's | Bear Stearns | Investor Presentatino dated June 2007 |
|  |  |  |  |  | Preliminary Offering Circular dated May 24, 2007 |
|  |  |  |  |  | Offering Circular dated June 26, 2007 |
| July 27, 2007 | Grand Ave. III CDO | 38521QAG7 | S&P / Moody's | NA | Termsheet dated April 2007 |
|  |  |  |  |  | Investor Presentation dated May 2007 |
|  |  |  |  |  | Offering Circular dated July 25, 2007 |

(1)  Eastern Financial does not limit additional written sources of misrepresentations or omissions but needs some
discovery to identify additional e-mails and other materials due to the fact that Eastern Financial's merger with Space
Coast occurred under difficult circumstances and there are likely additional e-mails and written materials that
defendants used to market the relevant CDO notes to Eastern Financial.   Eastern Financial does exclude from the scope
of its allegations any materials that Eastern Financial reviewed on S&P's "Ratings Direct" internet service.