UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12 Civ. 60430 (JIC/BSS)

SPACE COAST CREDIT UNION, as
Successor-in-Interest to EASTERN
FINANCIAL FLORIDA CREDIT UNION,

Plaintiff,

v.

THE MCGRAW HILL COMPANIES, INC.
(formerly d/b/a STANDARD & POOR'S
RATINGS SERVICES), MOODY'S
INVESTORS SERVICE, INC., J.P. MORGAN
SECURITIES INC. (f/k/a BEAR STEARNS &
CO., INC.), UBS SECURITIES LLC,
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED, MERRILL
LYNCH CREDIT CORPORATION and
BARCLAYS CAPITAL INC.,

Defendants.

**BANK DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
CONSOLIDATED BRIEFING IN SUPPORT OF
MOTIONS TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(a) and (c)(2), Defendants Merrill Lynch, Pierce, Fenner &

Smith Inc., J.P. Morgan Securities Inc., UBS Securities LLC, and Barclays Capital Inc.

(collectively, the "Bank Defendants"), request that the Court allow them to file (1) a joint motion

to dismiss and incorporated memorandum of law not to exceed 30 pages, and (2) individual

memoranda addressing particular issues for each Bank Defendant not to exceed 15 pages.  In

support, the Bank Defendants state as follows:

1.      This is a securities case in which Plaintiff brings claims against four different investment banks and two different credit ratings agencies concerning Plaintiff's purchase of 14 separate collateralized debt obligations ("CDOs").  Each of the Bank Defendants allegedly sold Plaintiff a different CDO or CDOs, and Plaintiff's claims against each Bank Defendant thus hinge on different circumstances and transactions.  The Bank Defendants are due to respond to the Amended Complaint on July 17, 2013 and will be filing motions to dismiss.

2.      Because many of the legal issues are common to all of the Bank Defendants, the Bank Defendants are attempting to coordinate work on a single joint motion and memorandum of law that will address their common arguments.  This will serve the interests of judicial economy by reducing redundancy in the motions.  At the same time, each Bank Defendant also proposes submission of an individual memorandum addressing issues specific to it.  Those memoranda would be shorter.  In connection with the Bank Defendants' prior motion to dismiss the original complaint that was dismissed, and with the Court's permission, the Bank Defendants similarly filed both joint and individual briefing.

3.      Local Rule 7.1 requires that every motion be accompanied by a memorandum not to exceed 20 pages.  S.D. Fla. Rules 7.1(a), (c).  If each Bank Defendant submitted an individual motion and memorandum, the Bank Defendants' collectively would be entitled to 80 pages of briefing on motions to dismiss.

4.      The Bank Defendants propose to submit a joint motion to dismiss and incorporated memorandum not to exceed 30 pages, together with individual memoranda not to exceed 15 pages each.  This totals 90 pages of briefing for all Bank Defendants, rather than the 80 pages provided under the local rules.

5.      For the Bank Defendants' prior motion to dismiss, the Bank Defendants filed a joint motion of 28 pages, and individual memoranda that did not exceed 10 pages each.  While the original complaint was forty pages, the Amended Complaint is one hundred forty-one pages and contains an additional nine exhibits, , justifying an increase of a total of ten pages (for all Bank Defendants) to respond to the Amended Complaint.

6.      Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Merrill Lynch, Pierce, Fenner& Smith Inc. has conferred with counsel for Plaintiff, who advises that Plaintiff has no objection to the relief sought herein.

WHEREFORE, the Bank Defendants respectfully request that the Court enter an order to allow them to file (1) a joint motion to dismiss and incorporated memorandum of law not to exceed 30 pages, and (2) individual memoranda addressing particular issues for each Bank Defendant not to exceed 15 pages each.

Dated:  June 11, 2013

Respectfully submitted:

HUNTON& WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460


By:____/s/ Samuel A. Danon
Samuel A. Danon (FBN 0892671)
sdanon@hunton.com
Corey Lee (FBN 44448)
leec@hunton.com


MUNGER, TOLLES& OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5153
Marc T.G. Dworsky (pro hac vice)
marc.dworsky@mto.com
George M. Garvey (pro hac vice)
george.garvey@mto.com
Aaron S. Lowenstein  (pro hac vice)
aaron.lowenstein@mto.com

*Attorneys for Defendants Merrill Lynch,
Pierce, Fenner& Smith Incorporated*

BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022


By:____/s/ Sigrid S. McCawley____
David Nelson (FBN 84531)
dnelson@bsfllp.com
Sigrid S. McCawley (FBN 129305)
smccawley@bsfllp.com


CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Meredith E. Kotler (pro hac vice)
mkotler@cgsh.com
Arminda B. Bepko (pro hac vice)
abepko@cgsh.com
Laura A. Zuckerwise (pro hac vice)
lzuckerwise@cgsh.com

*Attorneys for Defendant Barclays Capital Inc.*

GREENBERG TRAURIG, P.A.
 (333 SE 2nd Avenue) Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: _____/s/ David A. Coulson
David A. Coulson (FBN 176222)
CoulsonD@gtlaw.com
Joshua B. Feinberg (FBN 55797)
FeinbergJ@gtlaw.com

GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477
Glenn E. Goldstein (FBN 435260)
GoldsteinG@gtlaw.com

GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Richard A. Edlin (pro hac vice)
EdlinR@gtlaw.com

***Attorneys for Defendant J.P. Morgan
Securities LLC (sued herein as J.P. Morgan
Securities Inc.)***

LEVINE KELLOGG LEHMAN SCHNEIDER
& GROSSMAN LLP
201 South Biscayne Boulevard
34th Floor, Miami Center
Miami, FL 33131
Telephone: (305) 403-8791
Facsimile: (305) 403-8789

By:       /s/ Lawrence A. Kellogg
Lawrence A. Kellogg (FBN 328601)
lak@lkllaw.com

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Robert J. Giuffra, Jr. (pro hac vice)
giuffrar@sullcrom.com
Matthew A. Schwartz (pro hac)
schwartzmatthew@sullcrom.com
Justin J. DeCamp (pro hac vice)
decampj@sullcrom.com
Steven T. Rappoport (pro hac vice)
rappoports@sullcom.com

Attorneys for Defendant UBS Securities LLC

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 11th day of June, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Samuel A. Danon
_____
Samuel A. Danon

## SERVICE LIST

ROBBINS GELLER RUDMAN & DOWD
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
Paul J. Geller
pgeller@rgrdlaw.com
Jack Reise
jreise@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
David A. Rosenfeld
drosenfeld@csgrr.com
Robert A. Rothman
rrothman@rgrdlaw.com
Marc J. Dearman
mdearman@rgrdlaw.com

*Attorneys for Plaintiff Space Coast Credit Union*

BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
David Nelson (FBN 84531)
dnelson@bsfllp.com
Sigrid S. McCawley (FBN 129305)
smccawley@bsfllp.com

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Meredith E. Kotler (pro hac vice)
mkotler@cgsh.com
Arminda B. Bepko (pro hac vice)
abepko@cgsh.com
Laura A. Zuckerwise (pro hac vice)
lzuckerwise@cgsh.com

*Attorneys for Barclays Capital Inc.*

HUNTON& WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
Samuel A. Danon (FBN 0892671)
sdanon@hunton.com
Corey Lee (FBN 44448)
leec@hunton.com

MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5153
Marc T.G. Dworsky (pro hac vice)
marc.dworsky@mto.com
George M. Garvey (pro hac vice)
george.garvey@mto.com
Aaron S. Lowenstein  (pro hac vice)
aaron.lowenstein@mto.com

*Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated*

GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
David A. Coulson (FBN176222)
coulsond@gtlaw.com
Joshua B. Feinberg (FBN 55797)
feinbergj@gtlaw.com

GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Richard A. Edlin (pro hac vice)
edlinR@gtlaw.com
Anastasia A. Angelova (pro hac vice)
angelovaa@gtlaw.com

GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477
Glenn E. Goldstein (FBN 435260)
GoldsteinG@gtlaw.com

*Attorneys for J.P. Morgan Securities, LLC*

LEVINE KELLOGG LEHMAN SCHNEIDER
& GROSSMAN LLP
201 South Biscayne Boulevard
Miami Center, 34th Floor
Miami, FL 33131
Telephone: (305) 403-8791
Facsimile: (305) 403-8789
Lawrence A. Kellogg (FBN 328601)
lak@lkllaw.com

SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 291-9185
Justin DeCamp
decampj@sullcrom.com
Matthew A. Schwartz
schwartzmatthew@sullcrom.com
Robert J. Giuffra, Jr.
giuffrar@sullcrom.com
Steven T. Rappoport
Rappoports@sullcrom.com
Naushin F. Shibli
shiblin@sullcrom.com

*Attorneys for UBS Securities LLC*

SATTERLEE, STEPHENS, BURKE
& BURKE, LLP
230 Park Avenue
New York, NY  10169
Telephone:  (212) 818-9200
Facsimile: (212) 818-9606
James J. Coster
jcoster@ssbb.com
Joshua M. Rubins
jrubins@ssbb.com
Nathan J. Berkebile
nberkebile@ssbb.com

SHUTTS & BOWEN
201 So. Biscayne Boulevard, Suite 1500
Miami, FL 33131
Telephone: (305) 379-9173
Facsimile: (305) 347-7873
Jonathan Cohen
jcohen@shutts-law.com

*Attorneys for Moody's Investors Service, Inc.*

CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3955
Facsimile: (212) 378-2429
Charles A. Gilman
cgilman@cahill.com
David R. Owen
dowen@cahill.com
Floyd Abrams
fabrams@cahill.com
Jason M. Hall
jhall@cahill.com

HOGAN LOVELLS US LLP
200 South Biscayne Blvd., Suite 400
Miami, FL 33131
Telephone: (305) 459-6651
Facsimile: (305) 459-6550
John F. O'Sullivan
john.osullivan@hoganlovells.com

*Attorneys for The McGraw-Hill Companies, Inc.*