UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60430-CIV-COHN/SELTZER

SPACE COAST CREDIT UNION,
as Successor-in-Interest to EASTERN
FINANCIAL FLORIDA CREDIT UNION,

     Plaintiff,

v.

MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED; MERRILL
LYNCH CREDIT CORPORATION (d/b/a
MERRILL LYNCH HOME LOANS);
WELLS FARGO SECURITIES LLC
(f/k/a WACHOVIA CAPITAL MARKETS
LLC); J.P. MORGAN SECURITIES INC.
(f/k/a BEAR STEARNS & CO., INC.);
UBS SECURITIES LLC; BARCLAYS
CAPITAL INC.; RICHARD S. FULD, JR.;
MOODY'S INVESTORS SERVICE, INC.;
and THE MCGRAW HILL COMPANIES,
INC. (formerly d/b/a STANDARD &
POOR'S RATING SERVICES),

     Defendants.
_____/

## ORDER EXTENDING MOTION BRIEFING DEADLINES AND CONTINUING CALENDAR CALL AND TRIAL DATES

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss [DE 123] ("Motion"). In the Motion, Plaintiff seeks a 43-day extension to respond to Defendants' pending Motions to Dismiss. Plaintiff notes that this extension would give Plaintiff a total of 60 days to respond to the dismissal motions—the same amount of time that the Court granted Defendants to file those motions in response to Plaintiff's Amended Complaint.

Defendants do not oppose the Motion, but they request a 39-day extension to file reply briefs in support of their Motions to Dismiss.  Plaintiff does not object to that request.

Given the complex nature of this case, the Court finds it appropriate to extend the briefing deadlines as requested by the parties.  Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss [DE 123] is hereby **GRANTED**.  Plaintiff shall respond to Defendants' Motions to Dismiss by **September 17, 2013,** and Defendants shall file any reply briefs by **November 5, 2013.**

Also, because this action is still in the pleadings stage, the Court previously stayed discovery and all other pretrial deadlines.  See DE 100 at 19 (Order Granting Defs.' Mots. to Dismiss).  In this regard, the Court notes that calendar call is scheduled for September 5, 2013, and that trial is set for the two-week period commencing September 9, 2013.  See DE 43 (Order Granting in Part Mot. to Modify Trial Date).  Since briefing on Defendants' Motions to Dismiss is still ongoing, the Court finds it necessary to continue the calendar call and trial dates as well.  Therefore, it is further **ORDERED AND ADJUDGED** that the previously scheduled calendar call and trial dates are hereby **CONTINUED**.  If necessary, the Court will set a new pretrial and trial schedule after deciding the pending Motions to Dismiss.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of July, 2013.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF