# EXHIBIT A

Material Concentrations of Non-Prime RMBS in Each CDO

|   | CDO | Concentration Per Bank Records ||||| | Cross-Check To CDO Presentations ||||
|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   | A<br>Moody's<br>Rated | B<br>S&P<br>Rated | C<br>Mid-<br>Prime | D<br>Sub-<br>Prime | E<br>Non-<br>Prime | G<br>Bank Record Source | H<br>Mid-<br>Prime | I<br>Sub-<br>Prime | J<br>Non-<br>Prime | K<br>CDO Presentation Source |
| 1 | Broderick 05-1A B<br>13-Dec-05 | 100.00%<br>p. 60 | 100.00%<br>p. 65 | N/A | 44.72%<br>pp.121-124/p.1 | 44.72% | JPMorgan<br>(Davis Decl., Ex. A.1) | N/A | 47.20%<br>p.2 | 47.20% | Merrill Lynch<br>(Davis Decl. Ex. B.1) |
| 2 | Ixis CDO 05-A A3L<br>21-Dec-05 | 100.00%<br>p. 33 | 100.00%<br>p. 33 | 36.50%<br>p. 6 | 32.50%<br>p. 6 | 69.00% | ABN AMRO<br>(Davis Decl., Ex. A.2) | 33.00%<br>p.11 | 36.00%<br>p.11 | 69.00% | Bear Stearns<br>(Davis Decl. Ex. B.2) |
| 3 | Citius I Funding<br>3-May-06 | 100.00%<br>p. 62 | 100.00%<br>p. 62 | 34.79%<br>p. 12 | 4.79%<br>p. 12 | 39.04% | ABN AMRO<br>(Davis Decl., Ex. A.3) | 21.20%<br>p. 10 | 14.20%<br>p.10 | 35.40% | Barclays<br>(Davis Decl. Ex. B.3) |
| 4 | Ipswich CDO<br>27-Jun-06 | 100.00%<br>p. 61 | 100.00%<br>p. 68 | N/A | 50.91%<br>pp. 164-67/p.1 | 50.91% | Bank of New York<br>(Davis Decl., Ex. A.4) | N/A | 64.70%<br>p.2 | 64.70% | Merrill Lynch<br>(Davis Decl. Ex. B.4) |
| 5 | Kleros III CDO<br>Dec-06 | 100.00%<br>p. 71 | 100.00%<br>p. 72 | 38.77%<br>p. 71 | 36.64%<br>p. 72 | 75.41% | ABN AMRO<br>(Davis Decl., Ex. A.5) | N/A | 98.00%<br>p.7 | 98.00% | UBS<br>(Davis Decl. Ex. B.5) |
| 6 | Pampelonne II CDO<br>5-Mar-07 | 100.00%<br>p. 11 | 100.00%<br>p. 11 | N/A | 48.08%<br>p. 10 | 48.08% | Wells Fargo<br>(Davis Decl., Ex. A.6) | 25.00%<br>p.3 | 20.00%<br>p.3 | 45.00% | Barclays<br>(Davis Decl. Ex. B.6) |
| 7 | Armitage CDO<br>28-Mar-07 | 99.01%<br>p. 74 | 96.59%<br>p. 74 | 24.81%<br>p. 96 | 17.92%<br>p. 96 | 42.73% | ABN AMRO<br>(Davis Decl., Ex. A.7) | 21.50%<br>p.4 | 18.60%<br>p.4 | 40.10% | Citi<br>(Davis Decl. Ex. B.7) |
| 8 | Ridgeway II CDO<br>28-Mar-07 | 100.00%<br>p. 21 | 100.00%<br>p. 21 | N/A | 51.77%<br>p. 8 | 51.77% | Wells Fargo<br>(Davis Decl., Ex. A.8) | 27.50%<br>p. 4 | 18.60%<br>p.4 | 46.10% | Citi<br>(Davis Decl. Ex. B.8) |
| 9 | Millbrook 2007-1<br>19-Apr-07 | 100.00%<br>p. 14 | 100.00%<br>p. 14 | N/A | 85.00%<br>p. 96 | 85.00% | Wells Fargo<br>(Davis Decl., Ex. A.9) | 38.86%<br>p.5 | 46.16%<br>p.5 | 85.02% | Bear Stearns<br>(Davis Decl. Ex. B.9) |
| 10 | Corona Borealis<br>23-Apr-07 | 100.00%<br>p. 76 | 100.00%<br>p. 76 | N/A | 92.16%<br>p. 75 | 92.16% | ABN AMRO<br>(Davis Decl., Ex. A.10) | 45.00%<br>p.3 | 45.00%<br>p.3 | 90.00% | Lehman<br>(Davis Decl. Ex. B.10) |
| 11 | Longshore CDO<br>25-Apr-07 | 100.00%<br>p. 60 | 100.00%<br>p. 68 | 24.10%<br>p. 8 | 27.00%<br>p. 8 | 51.10% | ABN AMRO<br>(Davis Decl., Ex. A.11) | 19.90%<br>p.9 | 26.60%<br>p.9 | 46.50% | Wachovia<br>(Davis Decl. Ex. B.11) |
| 12 | HG-Coll CDO<br>26-Jun-07 | 100.00%<br>p. 48 | 100.00%<br>p. 48 | 34.99%<br>p. 5 | 20.99%<br>p. 5 | 55.98% | ABN AMRO<br>(Davis Decl., Ex. A.12) | 34.49%<br>p.10 | 25.20%<br>p.10 | 59.69% | Bear Stearns<br>(Davis Decl. Ex.B. 12) |
| 13 | Grand Ave. III CDO<br>27-Jul-07 | 100.00%<br>p. 19 | 97.19%<br>p. 19 | 10.15%<br>p.42/p.6 | 28.04%<br>p.42/p.6 | 38.19% | State Street<br>(Davis Decl., Ex. A.13) | 39.60%<br>p.9 | 25.40%<br>p.9 | 65.00% | Wachovia<br>(Davis Decl. Ex. B.13) |
|   |   |   |   | Averages: | 41.58% | 58.28% |   |   | Averages: 37.36% | 60.90% |   |

*Notes:

The AC organizes the CDOs by Eastern's investment dates; this list organizes the CDOs by rating date.

Columns A and B confirm that Moody's and S&P rated all (or nearly all) of each CDO's constituent assets.

Columns E and J show the sum of preceding Mid-Prime and Sub-Prime figures for a total Non-Prime percentage by CDO.

Bank Records (Columns A-G) are cross-checked to CDO Investor Presentations (Columns H-K) to ensure accuracy.

Cross-checking also illustrates RMBS concentrations over time (investor presentations are dated before CDO closing while Bank Records are after).

The time lag between Bank Record figures and Presentation figures shows RMBS concentrations change but remain material.