UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 0:12-cv-60430-COHN/SELTZER

SPACE COAST CREDIT UNION, as
Successor-in-Interest to EASTERN
FINANCIAL FLORIDA CREDIT UNION,

        Plaintiff,

 vs.

THE MCGRAW HILL COMPANIES, INC.
(formerly d/b/a STANDARD & POOR'S
RATINGS SERVICES), MOODY'S
INVESTORS SERVICE, INC., J.P. MORGAN
SECURITIES INC. (f/k/a BEAR STEARNS &
CO., INC.), UBS SECURITIES LLC,
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED and BARCLAYS
CAPITAL INC.,

        Defendants.
_____/

MOTION AND INCORPORATED MEMORANDUM OF LAW
OF SPACE COAST CREDIT UNION TO TAKE LIMITED JURISDICTIONAL
DISCOVERY FROM MOODY'S INVESTORS SERVICE, INC.

Plaintiff Space Coast Credit Union ("Plaintiff"), the successor in interest to Eastern Financial Credit Union, respectfully moves the Court for entry of an order permitting it to take limited jurisdictional discovery from defendant Moody's Investors Service, Inc. ("Moody's") in the event the Court concludes that Plaintiff has, on the basis of the present record, failed to make a *prima facie* showing of this Court's personal jurisdiction over Moody's.

## MEMORANDUM OF LAW

### I. BACKGROUND AND ARGUMENT

On May 17, 2013, Plaintiff filed its Amended Complaint ("AC"), asserting claims against numerous defendants, including Moody's. On July 17, 2013, Moody's filed its motion to dismiss the AC, asserting a variety of defenses, including this Court's purported lack of personal jurisdiction. *See* Defendant Moody's Investors Service, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint and Incorporated Memorandum of Law at 6-9. No other defendant, including The McGraw-Hill Companies, Inc., asserted a personal jurisdiction defense.

On September 17, 2013, Plaintiff submitted its Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaint ("Pl. Mem."), with which Plaintiff submitted, *inter alia*, the Declaration of Jack Reise in Support of Plaintiff Space Coast Credit Union's Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaint ("Reise Declaration" or "Reise Decl."). As exhibits 1-19 to the Reise Declaration, Plaintiff submitted a wealth of information to satisfy its obligation to make a limited, *prima facie* showing of personal jurisdiction, which is all that is required of Plaintiff at this stage of the litigation. *See, e.g.*, *Cable/Home Commc'n Corp. v. Network Prods., Inc.*, 902 F.2d 829, 855 (11th Cir. 1990). *See* Reise Decl., Exhs. 1-19; Pl. Mem. at 114-29.

Plaintiff submits that it has provided the Court with more than sufficient information to satisfy its limited burden at this stage of the litigation. If, however, the Court disagrees, Plaintiff respectfully submits that the Court should permit it to engage in limited jurisdictional discovery of Moody's to adduce additional evidence to satisfy that burden. As the courts of this district have noted: "Eleventh Circuit precedent indicates that jurisdictional discovery is highly favored before resolving Federal Rule of Civil Procedure 12(b)(2) motions to dismiss for want of personal jurisdiction." *Sierra Equity Group, Inc. v. White Oak Equity Partners, LLC*, 2008 U.S. Dist. LEXIS 30952, at *3 (S.D. Fla. Apr. 15, 2008) (citing *Eaton v. Dorchester Dev., Inc.*, 692 F.2d 727, 731 (11th Cir. 1982)).

## II.   CONCLUSION

Accordingly, if, and only if, the Court concludes that the material Plaintiff has submitted to date is insufficient to satisfy its limited jurisdictional burden, Plaintiff respectfully requests that the Court permit it an opportunity to conduct jurisdictional discovery in an effort to do so.

## III.   LOCAL RULE 7.1(a)(3) CERTIFICATION

Plaintiff's counsel hereby certifies that on September 16, 2013, it conferred with counsel for Moody's, the party that would be affected by the relief sought in this motion, in a good faith effort to resolve the issues raised by this motion. The parties have been unable to resolve those issues.

DATED:  September 17, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
Florida Bar No. 984795
pgeller@rgrdlaw.com
JACK REISE
jreise@rgrdlaw.com
Florida Bar No. 058149

                  */s/ Jack Reise*
                    JACK REISE

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
srudman@rgrdlaw.com
MARK T. MILLKEY
mmillkey@rgrdlaw.com
ERIN W. BOARDMAN
eboardman@rgrdlaw.com
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON C. DAVIS
jdavis@rgrdlaw.com
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of September, 2013, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent electronically to the registered participants as identified on the attached Electronic Mail Notice List.

>	*/s/ Jack Reise*
>	JACK REISE

## Mailing Information for a Case 0:12-cv-60430-JIC Space Coast Credit Union v. Merrill Lynch, Pierce, Fenner & Smith Incorporated et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Floyd Abrams**
  fabrams@cahill.com

- **Anastasia A. Angelova**
  angelovaa@gtlaw.com

- **Arminda B. Bepko**
  abepko@cgsh.com

- **Nathan J. Berkebile**
  nberkebile@ssbb.com

- **Erin W. Boardman**
  eboardman@rgrdlaw.com

- **Jonathan Cohen**
  jcohen@shutts-law.com

- **James J. Coster**
  jcoster@ssbb.com

- **David A. Coulson**
  coulsond@gtlaw.com,MiaLitDock@gtlaw.com,echeniquep@gtlaw.com,cruzm@gtlaw.com

- **Samuel Alberto Danon**
  sdanon@hunton.com

- **Justin DeCamp**
  decampj@sullcrom.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,tseymore@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Marc T.G. Dworsky**
  Marc.Dworsky@mto.com

- **Richard A Edlin**
  edlinr@gtlaw.com

- **Joshua Benjamin Feinberg**
  joshua@malvinfeinberg.com

- **Amanda Star Frazer**
  af@lklsg.com,mc@lklsg.com

- **George M. Garvey**
  george.garvey@mto.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Charles A. Gilman**
  cgilman@cahill.com

- **Robert J. Giuffra , Jr**
  giuffrar@sullcrom.com

- **Glenn E. Goldstein**
  goldsteing@gtlaw.com,FTLLitDock@gtlaw.com,depasqualem@gtlaw.com

- **Jason M. Hall**
  jhall@cahill.com

- **Jesse S Johnson**
  jjohnson@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Lawrence Allan Kellogg**
  lak@lklsg.com,mc@lklsg.com

- **Meredith E. Kotler**
  mkotler@cgsh.com

- **Corey Anthony Lee**
  leec@hunton.com,christian.wrede@mto.com,kathleen.mcdowell@mto.com,yvonne.franklin@mto.com,mbardelas@hunton.com,aflynn@hunton.com

- **Aaron S. Lowenstein**

aaron.lowenstein@mto.com

- **Sigrid Stone McCawley**
  smccawley@bsfllp.com,eperez@bsfllp.com,sperkins@bsfllp.com,mcalvin@bsfllp.com,clee@bsfllp.com,jcatania@bsfllp.com

- **Kevin P. McCoy**
  kmccoy@carltonfields.com,rosborne@carltonfields.com

- **Mark T. Millkey**
  mmillkey@rgrdlaw.com

- **John F. O'Sullivan**
  john.osullivan@hoganlovells.com,mmcloughlin@cahill.com,mbrennan@cahill.com,elena.rodriguez@hoganlovells.com,olga.garcia@hoganlovells.com,amintz@cahill.c

- **David R. Owen**
  dowen@cahill.com

- **Steven T. Rappoport**
  rappoports@sullcrom.com

- **Jack Reise**
  jreise@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **David A. Rosenfeld**
  drosenfeld@csgrr.com

- **Robert M. Rothman**
  rrothman@csgrr.com

- **Joshua M. Rubins**
  jrubins@ssbb.com

- **Samuel Joseph Salario , Jr**
  ssalario@carltonfields.com,bsickimich@carltonfields.com,tpaecf@cfdom.net

- **Matthew A. Schwartz**
  schwartzmatthew@sullcrom.com

- **Naushin F. Shibli**
  shiblin@sullcrom.com

- **Laura A. Zuckerwise**
  lzuckerwise@cgsh.com

**Manual Notice List**

The following is the list of parties who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)