UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60430-CIV-COHN/SELTZER

SPACE COAST CREDIT UNION, as
Successor-in-Interest to EASTERN FINANCIAL
FLORIDA CREDIT UNION,

      Plaintiff,

vs.

MERRILL LYNCH, PIERCE, FENNER & SMITH
INCORPORATED; WELLS FARGO SECURITIES LLC
(f/k/a WACHOVIA CAPITAL MARKETS LLC);
J.P. MORGAN SECURITIES INC. (f/k/a BEAR
STEARNS & CO., INC.,) UBS SECURITIES LLC; BARCLAYS
CAPITAL INC.; MOODY'S INVESTORS SERVICE, INC.;
and THE MCGRAW HILL COMPANIES, INC.
(formerly d/b/a STANDARD & POOR'S RATING SERVICES),

      Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE is before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (DE 132) and it appearing that all requirements of Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys have been met and the Court being otherwise sufficiently advised, it is hereby ORDERED that the Motion (DE 132) is GRANTED.  Jason C. Davis, of the law firm of Robbins Geller Rudman & Dowd LLP, One Montgomery Street, Suite 1800, San Francisco, CA 94101, may appear herein as co-counsel for Plaintiff Space Coast Credit Union as Successor-in-Interest to Eastern Financial Florida Credit Union.  The

Court reserves the power to withdraw permission for limited appearance prior to and during the time of trial. Failure to abide by any Court order may result in immediate revocation of counsel's *pro hac vice* status.

Attorney Jack Reise , of the law firm of Robbins Geller Rudman & Dowd LLP, 120 East Palmetto Park Road, Suite 500, Boca Raton, Florida 33432, is designated as counsel with whom the Court and opposing counsel may communicate, upon whom filings may be served, and who shall be required to electronically file all documents and things that may be filed electronically in compliance with the CM/ECF Administrative Procedures. Attorney Reise must be ready to adequately represent Plaintiff Space Coast Credit Union as Successor-in-Interest to Eastern Financial Florida Credit Union at any time.

It is further ORDERED that the Clerk shall provide electronic notification of all electronic filings to attorney Jason C. Davis at jdavis@rgrdlaw.com and e_file_sf@rgrdlaw.com.

DONE AND ORDERED in Fort Lauderdale, Florida, this 19th day of September 2013.

*(signature)*
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record