UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

SPACE COAST CREDIT UNION, as Successor-in-Interest to EASTERN FINANCIAL FLORIDA CREDIT UNION,

Plaintiff,

vs.

MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED; MERRILL LYNCH CREDIT CORPORATION (d/b/a MERRILL LYNCH HOME LOANS); WELLS FARGO SECURITIES LLC (f/k/a WACHOVIA CAPITAL MARKETS LLC); J.P. MORGAN SECURITIES INC. (f/k/a BEAR STEARNS & CO., INC.); UBS SECURITIES LLC; BARCLAYS CAPITAL INC; RICHARD S. FULD, JR.; MOODY'S INVESTORS SERVICE, INC.; and THE MCGRAW HILL COMPANIES, INC. (formerly d/b/a STANDARD & POOR'S RATING SERVICES),

Defendants.

CASE 0:12-CV-60430-JIC

**DEFENDANT THE MCGRAW HILL COMPANIES, INC.'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**

Pursuant to Local Rule 7.1(a) and (c)(2), Defendant The McGraw Hill Companies, Inc. ("McGraw Hill"), respectfully requests leave to file a fifteen (15) page Reply Memorandum of Law in further support of its Motion to Dismiss the Amended Complaint in excess of the ten-page limit. In support thereof, McGraw Hill states as follows:

1. On May 17, 2013, Plaintiff filed an Amended Complaint that is 141 pages long with 465 separate paragraphs.

2. Given the number of allegations contained in the Amended Complaint, McGraw Hill sought and received permission from the Court to file a thirty (30) page Motion to Dismiss the Amended Complaint, which was filed on July 17, 2013.

3. On September 17, 2013, Plaintiff filed a 135-page Omnibus Memorandum of Law in Opposition to the various Defendants' Motions to Dismiss the Amended Complaint.

4. Given Plaintiff's lengthy Omnibus Memorandum of Law, McGraw Hill will need to file a Reply Memorandum of Law in excess of the ten (10) pages provided by Local Rule 7.1(c)(2). McGraw Hill anticipates requiring an additional five (5) pages for its Reply.

5. McGraw Hill accordingly requests leave to file a fifteen (15) page Reply Memorandum of Law in further support of its Motion to Dismiss the Amended Complaint.

6. This motion is made in good faith and is not interposed for any improper purposes or delay.

7. The undersigned has conferred with counsel for Plaintiff, as required by Local Rule 7.1(a)(3). Plaintiff does not oppose this motion.

WHEREFORE, Defendant McGraw Hill respectfully requests that the Court grant leave to exceed the 10-page page limit set by Local Rule 7.1(c)(2) as set forth above, and provide such other and further relief as the Court deems proper.

Dated: October 25, 2013

    Respectfully submitted,

    HOGAN LOVELLS US LLP

    By /s/ John F. O'Sullivan_____
    John F. O'Sullivan
    Florida Bar Number: 143154
    Hogan Lovells US LLP

600 Brickell Ave.
Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
E-mail: john.osullivan@hoganlovells.com

CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
Floyd Abrams (admitted *pro hac vice*)
E-mail: fabrams@cahill.com
Charles A. Gilman (admitted *pro hac vice*)
E-mail: cgilman@cahill.com
David R. Owen (admitted *pro hac vice*)
E-mail: dowen@cahill.com
Jason M. Hall (admitted *pro hac vice*)
E-mail: jhall@cahill.com

*Attorneys for The McGraw-Hill Companies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/EMF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ John F. O'Sullivan
John F. O'Sullivan
Fla. Bar No. 143154

## SERVICE LIST

David A. Rosenfeld
Robert A. Rothman
Erin W. Boardman
Marc J. Dearman
Mark T. Millkey
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
Email: drosenfeld@rgrdlaw.com
   rrothman@rgrdlaw.com
   eboardman@rgrdlaw.com
   mdearman@rgrdlaw.com
   mmillkey@rgrdlaw.com

Jack Reise
Jesse S. Johnson
Paul Jeffrey Geller
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road
Suite 1500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
Email: jreise@rgrdlaw.com
   jjohnson@rgrdlaw.com
   pgeller@rgrdlaw.com

*Attorneys for Plaintiff*

---

Samuel A. Danon
Corey Lee
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Tel: (305) 810-2500
Fax: (305) 810-2460
Email: sdanon@hunton.com
   leec@hunton.com

Marc T.G. Dworsky *(pro hac vice)*
George M. Garvey *(pro hac vice)*
Aaron S. Lowenstein *(pro hac vice)*
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5153
Email: marc.dworsky@mto.com
       george.garvey@mto.com
       aaron.lowenstein@mto.com

*Attorneys for the Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated and Bank of America, N.A. (sued herein as Merrill Lynch Credit Corporation)*

---

David A. Coulson
Joshua B. Feinberg
GREENBERG TRAURIG P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Tel: (305) 579-0500
Fax: (305) 579-0717
Email: coulsond@gtlaw.com
       feinbergj@gtlaw.com

Glenn E. Goldstein
GREENBERG TRAURIG P.A.
401 East Las Olas Blvd., Suite 2000
Ft. Lauderdale, FL 33301
Tel: (954) 765-0500
Fax: (954) 765-1477
Email: goldstein@gtlaw.com

Richard A. Edlin *(pro hac vice)*
Anastasia A. Angelova *(pro hac vice)*
GREENBERG TRAURIG LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
Email: edlinr@gtlaw.com
       angelovaa@gtlaw.com

*Attorneys for Defendant J.P. Morgan Securities LLC (sued herein as J.P. Morgan Securities Inc.)*

---

Lawrence A. Kellogg
Amanda Star Frazer
LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP
201 South Biscayne Blvd.
34th Floor, Miami Center
Miami, FL 33131
Tel: (305) 403-8791
Fax: (305) 403-8789
Email: lak@lkllaw.com
   af@lklsg.com

Robert J. Giuffra, Jr. *(pro hac vice)*
Matthew A. Schwartz *(pro hac vice)*
Justin J. DeCamp *(pro hac vice)*
Steven T. Rappoport *(pro hac vice)*
Naushin F. Shibili *(pro hac vice)*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
Email: giuffrar@sullcrom.com
   schwartzmatthew@sullcrom.com
   decamp@sullcrom.com
   rappoports@sullcrom.com
   shiblin@sullcrom.com

*Attorneys for Defendant UBS Securities LLC*

---

Sigrid S. McCawley
BOISE SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com

Meredith E. Kotler (pro hac vice)
Arminda B. Bepko . (pro hac vice)
Laura A. Zuckerwise (pro hac vice)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
Fax: (212) 225-3999
Email: mkotler@cgsh.com
       abepko@cgsh.com
       lzuckerwise@cgsh.com

*Attorneys for Defendant Barclays Capital Inc.*

---

Jonathan Cohen
SHUTTS & BOWEN LLP
1500 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131
Tel: (305) 358-6300
Fax: (305) 347-7873
Email: jcohen@shutts.com

James J. Coster *(pro hac vice)*
Joshua M. Rubins *(pro hac vice)*
Nathan J. Berkebile *(pro hac vice)*
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 818-9200
Fax: (212) 818-9606
Email: jcoster@ssbb.com
       jrubins@ssbb.com
       nberkebile@ssbb.com

*Attorneys for Defendant Moody's Investors Service, Inc.*