UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12 Civ. 60430 (JIC/BSS)

SPACE COAST CREDIT UNION, as
Successor-in-Interest to EASTERN
FINANCIAL FLORIDA CREDIT UNION,

        Plaintiff,

v.

THE MCGRAW HILL COMPANIES, INC.
(formerly d/b/a STANDARD & POOR'S
RATING SERVICES), MOODY'S
INVESTORS SERVICE, INC., J.P. MORGAN
SECURITIES INC. (f/k/a BEAR STEARNS &
CO., INC.), UBS SECURITIES LLC,
MERRILL LYNCH, PIERCE FENNER &
SMITH INCORPORATED, MERRILL
LYNCH CREDIT CORPORATION and
BARCLAYS CAPITAL INC.,

        Defendants.

## DEFENDANT, MOODY'S INVESTORS SERVICE, INC.'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

Defendant Moody's Investors Service, Inc. ("Moody's") moves this Court for the entry of an Order granting Moody's leave to file a reply memorandum of law in excess of ten (10) pages in support of its Motion to Dismiss Plaintiff's Amended Complaint. Moody's anticipates the filing of a reply memorandum of law of no more than twenty (20) pages. In support thereof, Moody's states:

1. Moody's moved to dismiss Plaintiff's original Complaint on April 27, 2012. Plaintiff filed its opposition brief on June 29, 2012, and Moody's sought and received permission from the Court to file a reply brief of no more than fifteen (15) pages. *See* Docket No. 78.

2. On March 8, 2013, the Court granted Defendants' motions to dismiss, holding that Plaintiff had failed to connect any of its allegations to the specific securities at issue in the case. *See* Docket No. 100.

3. On May 17, 2013, Plaintiff filed an Amended Complaint that purports to add additional factual allegations in an attempt to cure the deficiencies in its earlier pleading.

4. Moody's filed its Motion to Dismiss Plaintiff's Amended Complaint on July 17, 2013 (Docket No. 115). As the motion argues, Moody's is uniquely positioned among the Defendants in this action in that, unlike the bank defendants, it had no direct contact with Plaintiff regarding the relevant securities and unlike Standard & Poor's, had no contract with Plaintiff that governed the claims at issue in the action. Thus, Moody's motion raised several arguments that were not raised by the other Defendants.

5. As a result of the unique arguments raised by Moody's stemming from its unique positioning vis-à-vis Plaintiff's claims, Plaintiff's brief disproportionately addresses arguments that were raised solely or primarily in Moody's opening brief. For example, at least 31 pages of Plaintiff's brief are explicitly addressed to Moody's motion. *See* Pl's Br. (Docket No. 127) at 26-28 ("Moody's RMBS-rating and correlation inputs to the CDO model . . . were likewise defective"); 55 ("Moody's asks this Court to dismiss Eastern's claim against it for negligent misrepresentation because there is no allegation of a relationship approaching privity"); at 99-103 ("Moody's argues for the application of New York law"); at 114-129 ("Moody's . . . argues that the Court has no personal jurisdiction over it"); at 129-133 ("Moody's argues that Eastern's non-fraud claims are preempted"); at 133-132 ("Moody's argues that the ratings it issued were protected by the First Amendment"). In addition to these 31 pages, there are approximately 35 pages in Plaintiff's brief that either address legal arguments raised by Moody's or that

inappropriately lump Moody's with other Defendants in attempting to explain how the Amended Complaint remedies Plaintiff's earlier pleading deficiencies. These arguments and assertions, too, will need to be addressed in Moody's reply brief.

6. Moody's' Reply Memorandum in Support of its Motion to Dismiss Plaintiff's Amended Complaint is presently due on November 5, 2013. In order adequately to address the arguments in Plaintiff's opposition brief, Moody's requests that it be granted leave to file a reply memorandum of law in excess of ten (10) pages and no more than twenty (20) pages. Pursuant to Local Rule 7.1(a)(3), Moody's has contacted counsel for Plaintiff, who has stated that his client will consent only to a modest page-limit extension and not to the 20 pages that will likely be necessary to respond to the range of Moody's-related legal arguments and factual assertions raised in Plaintiff's opposition.

WHEREFORE, Moody's requests that its Motion for Leave to Exceed Page Limitations be granted.

Respectfully submitted,

*s/ Jonathan Cohen*
Jonathan Cohen, Esquire
Florida Bar No. 384305
jcohen@shutts.com
SHUTTS & BOWEN, LLP
1500 Miami Center
201 South Biscayne Blvd.
Miami, Florida 33131
(305) 358-6300 Telephone
(305) 347-7873 Facsimile

And

James J. Coster, Esq.
Joshua M. Rubins, Esq.
Nathan J. Berkebile, Esq.
SATTERLEE STEPHENS BURKE
& BURKE, LLP

3

          230 Park Avenue
          New York, New York  10169
          (212) 818-9200 Telephone
          (212) 818-9606/7 Facsimile
          jcostar@ssbb.com
          jrubins@ssbb.com
          nberkebile@ssbb.com
          *Attorneys for Defendant,*
          *Moody's Investors Service, Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 28, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          *s/  Jonathan Cohen*
            OF COUNSEL

## SERVICE LIST

**Paul J. Geller, Esq.**
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL, 33432
(561) 750-3000 Telephone
(561) 750-3364 Facsimile
*Attorneys for Plaintiff*


**Samuel Alberto Danon**
**Corey Anthony Lee**
Hunton & Williams
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
305-810-2500
810-2460 (fax)
sdanon@hunton.com
leec@hunton.com

Marc T.G. Dworsky
George M. Garvey
Aaron S. Lowenstein
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5153
E-Mail: marc.dworsky@mto.com
E-Mail: george.garvey@mto.com
E-Mail: aaron.lowenstein@mto.com

*Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated and Bank of America, N.A. (sued herein as Merrill Lynch Credit Corporation)*

**Kevin P. McCoy**
**Samuel Joseph Salario, Jr.**
Carlton Fields, P.A.
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, FL 33607
813-229-4272
813-229-4133 (fax)
kmccoy@carltonfields.com
ssalario@carltonfields.com
*Attorneys for Defendants Wells Fargo Securities, LLC*


**Lawrence Allan Kellogg**
Levine Kellogg Lehman Schneider & Grossman LLP
Miami Center, 34th Floor
201 So. Biscayne Boulevard
Miami, FL 33131
305-403-8788
305-403-8789 (fax)
lak@lkllaw.com

Steven T. Rappoport, Esq.
Justin J. DeCamp, Esq.
Mathew A. Schwartz, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
rappoports@sullcrom.com
decampj@sullcrom.com
schwartzmatthew@sullcrom.com
*Attorneys for Defendant UBS Securities LLC*

**Sigrid Stone McCawley**
David Nelson
Boies Schiller & Flexner
401 E Las Olas Blvd
Suite 1200
Fort Lauderdale, FL 33301
954-356-0011
954-356-0022 (fax)
smccawley@bsfllp.com
dnelson@bsfllp.com

Meredith E. Kotler, Esq.
Arminda B. Bepko, Esq.
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
mkotler@cgsh.com
abepko@cgsh.com

*Attorneys for Defendant Barclays Capital Inc.*


Patricia M. Hynes
Todd S. Fishman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6363
E-Mail: patricia.hynes@allenovery.com
E-Mail: todd.fishman@allenovery.com

*Attorneys for Richard S. Fuld*

**John F. O'Sullivan**
Hogan Lovells US LLP
Mellon Financial Center
1111 Brickell Avenue
Suite 1900
Miami, FL 33131
305-459-6651
459-6550 (fax)
john.osullivan@hoganlovells.com

CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3955
Facsimile: (212) 378-2429
David Owen (pro hac vice motion to be filed)
E-Mail: dowen@cahill.com
*Attorneys for Defendant The McGraw Hill Companies, Inc.*

**Jesse S Johnson**
**Jack Reise**
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
561-750-3000
750-3364 (fax)
jreise@rgrdlaw.com
jjohnson@rgrdlaw.com

**David A. Rosenfeld**
**Robert M. Rothman**
Robbins Geller Rudman & Dowd LLP
58 S Service Road, Suite 200
Melville, NY 11747
631-367-7100
367-1173 (fax)
drosenfeld@csgrr.com
rrothman@csgrr.com

6

**Darren J. Robbins**
**David C. Walton**
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Facsimile: (619) 231-7423

**Jason C. Davis**
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Facsimile: (415) 288-4534

**David A. Coulson**
**Joshua B. Feinberg**
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas
(333 SE 2nd Avenue) Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
CoulsonD@gtlaw.com
FeinbergJ@gtlaw.com

GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477
Glenn E. Goldstein
Florida Bar No. 435260
E-Mail: GoldsteinG@gtlaw.com

Richard A. Edlin, Esq.
Anastasia A. Angelova, Esq.
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
EdlinR@gtlaw.com
AngelovaA@gtlaw.com

*Attorneys for Defendant J.P. Morgan Securities LLC (sued herein as J.P. Morgan Securities Inc.)*

MIADOCS 8315034 1