UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

| | |
|---|---|
| SPACE COAST CREDIT UNION, as Successor-in-Interest to EASTERN FINANCIAL FLORIDA CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>THE MCGRAW HILL COMPANIES, INC. (formerly d/b/a/ STANDARD & POOR'S RATING SERVICES), MOODY'S INVESTORS SERVICE, INC., J.P. MORGAN SECURITIES INC. (f/k/a BEAR STEARNS & CO., INC.), UBS SECURITIES LLC, MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, MERRILL LYCH CREDIT CORPORATION and BARCLAYS CAPITAL INC.,<br><br>Defendants. | Case No.:  0:12-cv-60430-JIC/BSS |

**DEFENDANT THE MCGRAW HILL COMPANIES, INC.'S**
**NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Defendant The McGraw Hill Companies, Inc. ("McGraw Hill" or "S&P"), respectfully submits this Notice of Filing to bring to the attention of the Court the Opinion issued yesterday by the United States Supreme Court in *Atlantic Marine Construction Co.* v. *United States District Court*, 571 U.S. ___ (2013) ("Opinion"), attached hereto as Exhibit A.  In further explanation thereof, McGraw Hill states as follows:

1

1.      Pending before this Court are motions seeking dismissal of the Amended Complaint pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6) because the deficiencies that occasioned dismissal of the original Complaint remain.  *See Space Coast Credit Union* v. *Merrill Lynch, Pierce, Fenner & Smith Inc.*, 2013 WL 1131628 (S.D. Fla. Mar. 18, 2013).  If any claims survive as to S&P, the Court will need to address the contractual forum-selection clause in the agreement between Plaintiff and S&P, and as to that *Atlantic* is controlling.

2.      In *Atlantic*, the Court unanimously held that contractual forum-selection clauses should be enforced "unless extraordinary circumstances unrelated to the convenience of the parties clearly disfavor a transfer," Opinion at 1, because "enforcement of valid forum-selection clauses, bargained for by the parties, protects their legitimate expectations and furthers vital interests of the justice system." *Id*. at 12 (citation omitted).  The Court made clear that a forum-selection clause should be "'given controlling weight in all but the most exceptional case.'"  *Id*. at 9.  *See also id*. at 16 ("In all but the most unusual case, therefore, 'the interest of justice' is served by holding parties to their bargain.").

3.      The *Atlantic* Court further held that the proper mechanism to enforce a contractual forum-selection clause is a motion pursuant to 28 U.S.C. §1404(a) or the doctrine of *forum non conveniens*.  The Court left open the issue of whether a motion to dismiss under Rule 12(b)(6) is also a proper procedure to enforce a forum-selection clause.  *See* Opinion at 11.  The Eleventh Circuit has previously found "no significant doctrinal error" in reliance on Rule 12(b)(6).  *See Lipcon* v. *Underwriters at Lloyd's, London*, 148 F.3d 1285, 1290 (11th Cir. 1998).

4.      Accordingly, if any aspect of the Amended Complaint survives S&P's motion to dismiss pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), S&P reserves the right to seek enforcement

of the contractual forum-selection clause with Plaintiff pursuant to 28 U.S.C. §1404(a) or the doctrine of *forum non conveniens*.

Dated: December 4, 2013                    Respectfully submitted,

| CAHILL GORDON & REINDEL LLP | HOGAN LOVELLS US LLP |
|---|---|
| Floyd Abrams<br>(fabrams@cahill.com)<br>Charles A. Gilman<br>(cgilman@cahill.com)<br>David R. Owen<br>(dowen@cahill.com)<br>Jason M. Hall<br>(jhall@cahill.com)<br>(all admitted *pro hac vice*)<br>80 Pine Street<br>New York, New York 10005<br>Telephone: (212) 701-3000<br>Fax: (212) 269-5420 | By: /s/ John F. O'Sullivan<br>John F. O'Sullivan (Fla. Bar No. 143154)<br>Email: john.osullivan@hoganlovells.com<br>600 Brickell Avenue, Suite 2700<br>Miami, Florida  33131<br>Telephone:  (305) 459-6500<br>Fax:  (305) 459-6550 |

*Attorneys for Defendant The McGraw-Hill Companies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/EMF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ John F. O'Sullivan
John F. O'Sullivan
Fla. Bar No. 143154

**SERVICE LIST**

David A. Rosenfeld
Robert A. Rothman
Erin W. Boardman
Marc J. Dearman
Mark T. Millkey
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Tel:  (631) 367-7100
Fax:  (631) 367-1173
Email:  drosenfeld@rgrdlaw.com
           rrothman@rgrdlaw.com
           eboardman@rgrdlaw.com
           mdearman@rgrdlaw.com
           mmillkey@rgrdlaw.com

Jack Reise
Jesse S. Johnson
Paul Jeffrey Geller
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road
Suite 1500
Boca Raton, FL  33432
Tel:  (561) 750-3000
Fax:  (561) 750-3364
Email:  jreise@rgrdlaw.com
           jjohnson@rgrdlaw.com
           pgeller@rgrdlaw.com


*Attorneys for Plaintiff*

---

Samuel A. Danon
Corey Lee
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, FL  33131
Tel:  (305) 810-2500
Fax:  (305) 810-2460
Email:  sdanon@hunton.com
           leec@hunton.com

Marc T.G. Dworsky  (*pro hac vice*)
George M. Garvey  (*pro hac vice*)
Aaron S. Lowenstein *(pro hac vice*)
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA  90071
Tel:  (213) 683-9100
Fax: (213) 683-5153
Email:  marc.dworsky@mto.com
           george.garvey@mto.com
           aaron.lowenstein@mto.com

*Attorneys for the Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated and Bank of America, N.A. (sued herein as Merrill Lynch Credit Corporation)*

David A. Coulson
Joshua B. Feinberg
GREENBERG TAURIG P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL  33131
Tel:  (305) 579-0500
Fax: (305) 579-0717
Email:  coulsond@gtlaw.com
           feinbergj@gtlaw.com

Glenn E. Goldstein
GREENBERG TAURIG P.A.
401 East Las Olas Blvd., Suite 2000
Ft. Lauderdale, FL  33301
Tel: (954) 765-0500
Fax: (954) 765-1477
Email:  goldstein@gtlaw.com

Richard A. Edlin *(pro hac vice*)
Anastasia A. Angelova *(pro hac vice)*
GREENBERG TAURIG LLP
MetLife Building
200 Park Avenue
New York, NY  10166
Tel:  (212) 801-9200
Fax: (212) 801-6400
Email: edlinr@gtlaw.com
          angelovaa@gtlaw.com

*Attorneys for Defendant J.P. Morgan Securities LLC (sued herein as J.P. Morgan Securities Inc.)*

5

Lawrence A. Kellogg
Amanda Star Frazer
LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP
201 South Biscayne Blvd.
34th Floor, Miami Center
Miami, FL  33131
Tel:  (305) 403-8791
Fax:  (305) 403-8789
Email:  lak@lkllaw.com
             af@lklsg.com

Robert J. Giuffra, Jr. *(pro hac vice)*
Matthew A. Schwartz *(pro hac vice)*
Justin J. DeCamp *(pro hac vice)*
Steven T. Rappoport *(pro hac vice)*
Naushin F. Shibili *(pro hac vice)*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Tel:  (212)  558-4000
Fax:  (212) 558-3588
Email: giuffrar@sullcrom.com
            schwartzmatthew@sullcrom.com
            decamp@sullcrom.com
            rappoports@sullcrom.com
            shiblin@sullcrom.com

*Attorneys for Defendant UBS Securities LLC*

Sigrid S. McCawley
BOISE SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL  33301
Tel:   (954) 356-0011
Fax:  (954) 356-0022
Email: smccawley@bsfllp.com

Meredith E. Kotler *(pro hac vice)*
Arminda B. Bepko . *(pro hac vice)*
Laura A. Zuckerwise *(pro hac vice)*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006
Tel:   (212) 225-2000
Fax:  (212) 225-3999
Email: mkotler@cgsh.com
         abepko@cgsh.com
         lzuckerwise@cgsh.com

*Attorneys for Defendant Barclays Capital Inc.*

---

Jonathan Cohen
SHUTTS & BOWEN LLP
1500 Miami Center
201 South Biscayne Blvd.
Miami, FL  33131
Tel:   (305) 358-6300
Fax:  (305) 347-7873
Email:  jcohen@shutts.com

James J. Coster *(pro hac vice)*
Joshua M. Rubins *(pro hac vice)*
Nathan J. Berkebile *(pro hac vice)*
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY  10169
Tel:  (212) 818-9200
Fax:  (212) 818-9606
Email:  jcoster@ssbb.com
         jrubins@ssbb.com
         nberkebile@ssbb.com

*Attorneys for Defendant Moody's Investors Service, Inc.*